B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Middle District of Georgia** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Folsom, Miki William** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1805** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**957 Huntcliffe Court**<br>**Macon, GA**<br>ZIP Code **31210** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bibb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 6313**<br>**Macon, GA**<br>ZIP Code **31208** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>■ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information   *** Matthew S. Cathey 759547 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Folsom, Miki William** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Folsom, Miki William**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Miki William Folsom**
Signature of Debtor  **Miki William Folsom**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November  5, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Matthew S. Cathey**
Signature of Attorney for Debtor(s)

**Matthew S. Cathey 759547**
Printed Name of Attorney for Debtor(s)

**Stone & Baxter, LLP**
Firm Name

**577 Mulberry Street**
**Suite 800**
**Macon, GA 31201**

Address

**478-750-9898  Fax: 478-750-9899**
Telephone Number

**November  5, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Georgia

In re    **Miki William Folsom**

_____    Case No. _____
                                            Debtor(s)      Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                      Page 2

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

      ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Miki William Folsom**
                       **Miki William Folsom**

Date:   **November  5, 2015**

Certificate Number: 15725-GAM-CC-026275110



15725-GAM-CC-026275110

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 28, 2015</u>, at <u>12:37</u> o'clock <u>PM EDT</u>, <u>Miki Folsom</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Middle District of Georgia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>September 28, 2015</u>           By:     <u>/s/Astrid Barreto</u>

                                        Name:   <u>Astrid Barreto</u>

                                        Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Middle District of Georgia

In re   **Miki William Folsom**
                                           ,
                              Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 157,235.00 | | |
| B - Personal Property | Yes | 8 | 258,871.76 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 25,547.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 3,400,108.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 41,663.16 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 23,467.35 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| | Total Assets | | 416,106.76 | | |
| | | Total Liabilities | | 3,425,655.43 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### Middle District of Georgia

In re    **Miki William Folsom**

_____,
Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re      **Miki William Folsom**                                              ,      Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4268 Interstate Drive Macon, Georgia  (3500 sq. ft. office/warehouse) (50% Interest)** | **Fee simple** | **H** | **60,872.00** | **0.00** |
| **946 First Street Macon, Georgia (2,000 sq. ft. office building) (50% Interest)** | **Fee simple** | **H** | **73,739.00** | **0.00** |
| **2304 Seventh Street Macon, Georgia (1 acre vacant industrial land)** | **Fee simple** | **H** | **22,624.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **157,235.00** | (Total of this page) |
| Total > | **157,235.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Miki William Folsom**                                                          ,   Case No. _____
                                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | H | **1,000.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BB&T Checking Account xxxx4321** | H | **197.98** |
| | | **One-half interest in State Bank Checking Account No. xxxx8310** | J | **9,125.00** |
| | | **E-trade Brokerage Account No. xxxx4356** | H | **1,457.09** |
| | | **Health Savings Account**<br>  **Bank of America ****5703** | H | **6,673.37** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Craftsman, 22-inch push mower, Garage**<br>  **Location: 957 Huntcliffe Court, Macon GA 31210** | J | **37.50** |
| | | **Weedeater Trimmer, Garage**<br>  **Location: 957 Huntcliffe Court, Macon GA 31210** | J | **12.50** |
| | | **Blower, Garage**<br>  **Location: 957 Huntcliffe Court, Macon GA 31210** | J | **10.00** |
| | | **Henredon Furniture Co. Three Drawer Nightstands, (2), Master Bedroom**<br>**Location: 957 Huntcliffe Court, Macon GA 31210** | J | **200.00** |
| | | **King Size Henredon Sleigh Bed with Mattress & Box Springs, Master Bedroom**<br>**Location: 957 Huntcliffe Court, Macon GA 31210** | J | **300.00** |
| | | **Ten Drawer Henredon Armoire/TV Cabinet, Master Bedroom**<br>**Location: 957 Huntcliffe Court, Macon GA 31210** | J | **300.00** |
| | | **Samsung 28" Flat Screen TV, Master Bedroom**<br>  **Location: 957 Huntcliffe Court, Macon GA 31210** | J | **50.00** |

|  | Sub-Total > | **19,363.44** |
|---|---|---|
|  | (Total of this page) | |

  **7**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Miki William Folsom**
_____,   Case No. _____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Pair of Green Ceramic Lamps, Master Bedroom**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 25.00 |
| | | **Red Leather Arm Chair, Master Bedroom**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 62.50 |
| | | **Ceramic Vase, Master Bedroom**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 10.00 |
| | | **Oriental Style Red Lamp, Master Bedroom**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 15.00 |
| | | **Marble Top Sideboard by Aspen Home, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 300.00 |
| | | **Wooden Framed Wall Mirror, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 62.50 |
| | | **Pair of Ceramic Dog Vases, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 50.00 |
| | | **Oriental Style Lamp with Shade, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 15.00 |
| | | **Set of 8 Dining Room Chairs with Rush Bottom Seats and Cushions, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 300.00 |
| | | **Dining Room Table with Pop-up Leaf, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 200.00 |
| | | **Metal Display with Glass Shelves, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 37.50 |
| | | **Centerpiece on Table, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 20.00 |
| | | **Tall Vase with Reeds, Family Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 37.50 |
| | | **Green Sectional Sofa, Family Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 275.00 |
| | | **Sony 46" Flat Screen TV, Family Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 137.50 |

Sub-Total >          **1,547.50**
(Total of this page)

Sheet __1__ of __7__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Miki William Folsom**
_____,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Cherry Wood Console Table with Sliding Glass Doors, Family Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 125.00 |
| | | Silver Color Lamp, Family Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 17.50 |
| | | Solid Wood Primitive Dough Bowl, Family Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 37.50 |
| | | Primitive Bent Wood Magazine Rack, Family Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 37.50 |
| | | Glass Shelf with Antique Wooden Brackets, Family Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 62.50 |
| | | Misc. Decorative Items, Family Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 50.00 |
| | | Wooden Bar Stools, (3), Breakfast Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 60.00 |
| | | Sony 32" Flat Screen TV, Breakfast Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 125.00 |
| | | Silver Color Lamps (2), Breakfast Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 35.00 |
| | | Misc. Flatware, China, Crystal, Cookware, Decorative Seasonal Items, Breakfast Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 87.50 |
| | | Whirlpool Side by Side Refrigerator, Seven Years Old, Breakfast Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 100.00 |
| | | GE Microwave Oven, Breakfast Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 12.50 |
| | | Spool Turned 5-ft Bench with Cushion, Stairwell<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 87.50 |
| | | Exercise Machine, Pro Form, Upstairs Bedroom #1<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 62.50 |
| | | Wood and Metal 4-Door Cabinet, Upstairs Bedroom #1<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 162.50 |

Sub-Total >          1,062.50
(Total of this page)

Sheet __2__ of __7__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Miki William Folsom**                                              ,      Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Samsung 43" Plasma TV, Upstairs Bedroom #1**<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | J | 112.50 |
| | | **Decorative Ceramic Fish Lamp, Upstairs Bedroom #1**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 15.00 |
| | | **Wicker Head Board with Queen Mattress & Box Springs, Upstairs Bedroom #2**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 125.00 |
| | | **Black Round Two Tier Lamp Table, Upstairs Bedroom #2**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 30.00 |
| | | **Decorative Ceramic Lobster Lamp, Upstairs Bedroom #2**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 15.00 |
| | | **Misc. Decorative Items, Upstairs Bedroom #2**<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | J | 50.00 |
| | | **Misc. Seasonal Items, Attic**<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | J | 62.50 |
| | | **5 Piece Metal Patio Set with Glass Top Table and Cushions, Enclosed Patio**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 87.50 |
| | | **Kenmore Propane Gril, Enclosed Patio**<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | J | 62.50 |
| | | **Metal Display with Glass Shelves, Enclosed Patio**<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | J | 37.50 |
| | | **Black Painted Wicker 9 Piece Patio Set, Outside Patio**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 150.00 |
| | | **2 Large metal and Wood Flower Boxes, Outside Patio**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 40.00 |
| | | **Black Metal and Wood Rolling Cart with Baskets, Outside Patio**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | J | 150.00 |
| | | **2 Decorative Concrete Planters, Outside Patio**<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | J | 40.00 |

Sub-Total >          977.50
(Total of this page)

Sheet __3__ of __7__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Miki William Folsom**                                                                     ,        Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Decorative Wall Medallion, Outside Patio** Location: 957 Huntcliffe Court, Macon GA 31210 | J | 25.00 |
| | | **Vizio 50" Flat Screen TV, Outside Patio** Location: 957 Huntcliffe Court, Macon GA 31210 | J | 150.00 |
| | | **Red Craftsman 2 Stack Tool Boxes with Misc. Hand Tools, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | J | 137.50 |
| | | **Shop Vac, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | J | 25.00 |
| | | **Small Air Compressor, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | J | 20.00 |
| | | **Pressure Washer, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | J | 50.00 |
| | | **Saw and Cordless Drill, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | J | 25.00 |
| | | **Snorkel Gear, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | J | 50.00 |
| | | **Stihl Gas Chainsaw, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | J | 62.50 |
| | | **Pop Up Awning, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | J | 50.00 |
| | | **Misc. Extension Cords, Jackets, Chairs, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | J | 37.50 |
| | | **6 ft. Aluminum Ladder, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | J | 17.50 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **2 Large Framed Pictures of Dogs, Stairwell** Location: 957 Huntcliffe Court, Macon GA 31210 | J | 50.00 |
| 6. Wearing apparel. | | **Men's Clothing** | H | 400.00 |
| 7. Furs and jewelry. | | **Wedding Band** | H | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Used Set of Golf Clubs, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | H | 75.00 |

Sub-Total >        **1,675.00**
(Total of this page)

Sheet ___**4**___ of ___**7**___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Miki William Folsom** _____,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **American United Life Insurance Co. Whole Life Insurance Policy Policy No. xx-xxx5679 Insured: Miki W. Folsom Face Amount $25,000.00** | H | 6,762.00 |
| | | **American General Life Insurance Co. Term Life Insurance Policy Policy No. xxxxxx2850 Face Amount: $1,000,000** | H | 0.00 |
| | | **Auto-Owners Insurance for 2005 Toyota 4Runner** | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA - Capital City Bank Account No. ****5858** | H | 132,321.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **33.33% ownership interest in North Macon Business Park, LLC (Foreclosed)** | H | 0.00 |
| | | **33.33% ownership interest in Keystone Park Properties, LLC (Book Value as of 12/31/14 $12,861.00)** | H | 13,333.00 |
| | | **25% ownership interest in Marlin Brokers, LLC (Out of Business)** | H | 0.00 |
| | | **55.56% ownership interest in S.P. Investors, LLC (Out of Business)** | H | 0.00 |
| | | **30% ownership interest in HAMS, LLC (under contract) (Book Value as of 9/15/15 $36,241.00)** | H | 75,000.00 |
| | | **33.33% ownership interest in Bahama Beach Villas, LLC (Out of Business)** | H | 0.00 |

Sub-Total >   227,416.00
(Total of this page)

Sheet __5__ of __7__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Miki William Folsom** _____,  Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 50% ownership interest in Tobesofkee Investors, LLC (Out of Business) | H | 0.00 |
| | | 25% ownership interest in Eberhardt & Barry, Inc. (Book Value as of 9/15/15 $37,390.00) (Subject to Shareholder Agreement) | H | 100.00 |
| | | 25% ownership interest in Eberhardt & Barry Property Management, LLC (Book Value as of 9/15/15 $21,977.00) | H | 100.00 |
| | | 50% ownership interest in Vinmer, LLC (Book Value as of 9/21/15 $225,194.00) | H | 100.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        300.00
(Total of this page)

Sheet __6__ of __7__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Miki William Folsom**                                        ,    Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Georgia Associate Broker's License** | H | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Toyota 4-Runner, V8, 180,000 miles, Leather (Mechanical Problems)** | H | 5,000.00 |
| 26. Boats, motors, and accessories. | | **1995 Seadoo GTX  (inoperable)** | H | 50.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Computer** | H | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **2008 Bentley Pontoon Boat (bought as gift for wife and given to her in 2008) Registered in the name of Debtor Location: Lake Tobosofkee** | H | 0.00 |
| | | **Accrued Earnings from Personal Services** | H | 979.82 |

|  | Sub-Total >  | **6,529.82** |
|---|---|---|
| | (Total of this page) | |
| | Total > | **258,871.76** |

Sheet __7__ of __7__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re   **Miki William Folsom**                                          ,   Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | O.C.G.A. § 44-13-100(a)(6) | **1,000.00** | **1,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **BB&T Checking Account xxxx4321** | O.C.G.A. § 44-13-100(a)(6) | **197.98** | **197.98** |
| **One-half interest in State Bank Checking Account No. xxxx8310** | O.C.G.A. § 44-13-100(a)(6) | **1,830.61** | **9,125.00** |
| **E-trade Brokerage Account No. xxxx4356** | O.C.G.A. § 44-13-100(a)(6) | **1,457.09** | **1,457.09** |
| **Health Savings Account** **Bank of America ****5703** | O.C.G.A. § 44-13-100(a)(2)(C) O.C.G.A. § 44-13-100(a)(2)(E) 11 U.S.C. § 522 (b)(3)(A) | **6,673.37** 6,673.37 6,673.37 | **6,673.37** |
| **Household Goods and Furnishings** | | | |
| **Craftsman, 22-inch push mower, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(6) | **37.50** | **37.50** |
| **Weedeater Trimmer, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(6) | **12.50** | **12.50** |
| **Blower, Garage** Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(6) | **10.00** | **10.00** |
| **Henredon Furniture Co. Three Drawer Nightstands, (2), Master Bedroom** Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | **200.00** | **200.00** |
| **King Size Henredon Sleigh Bed with Mattress & Box Springs, Master Bedroom** Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | **300.00** | **300.00** |
| **Ten Drawer Henredon Armoire/TV Cabinet, Master Bedroom** Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | **300.00** | **300.00** |
| **Samsung 28" Flat Screen TV, Master Bedroom** Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | **50.00** | **50.00** |
| **Pair of Green Ceramic Lamps, Master Bedroom** Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | **25.00** | **25.00** |
| **Red Leather Arm Chair, Master Bedroom** Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | **62.50** | **62.50** |
| **Ceramic Vase, Master Bedroom** Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | **10.00** | **10.00** |
| **Oriental Style Red Lamp, Master Bedroom** Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | **15.00** | **15.00** |

___5___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Miki William Folsom**
_____,   Case No. _____
                                        **Debtor**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Marble Top Sideboard by Aspen Home, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 300.00 | 300.00 |
| **Wooden Framed Wall Mirror, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 62.50 | 62.50 |
| **Pair of Ceramic Dog Vases, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 50.00 | 50.00 |
| **Oriental Style Lamp with Shade, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 15.00 | 15.00 |
| **Set of 8 Dining Room Chairs with Rush Bottom Seats and Cushions, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 300.00 | 300.00 |
| **Dining Room Table with Pop-up Leaf, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 200.00 | 200.00 |
| **Metal Display with Glass Shelves, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 37.50 | 37.50 |
| **Centerpiece on Table, Dining Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 20.00 | 20.00 |
| **Tall Vase with Reeds, Family Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 37.50 | 37.50 |
| **Green Sectional Sofa, Family Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 275.00 | 275.00 |
| **Sony 46" Flat Screen TV, Family Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 137.50 | 137.50 |
| **Cherry Wood Console Table with Sliding Glass Doors, Family Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 125.00 | 125.00 |
| **Silver Color Lamp, Family Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 17.50 | 17.50 |
| **Solid Wood Primitive Dough Bowl, Family Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 37.50 | 37.50 |
| **Primitive Bent Wood Magazine Rack, Family Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 37.50 | 37.50 |
| **Glass Shelf with Antique Wooden Brackets, Family Room**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 62.50 | 62.50 |

Sheet ___1___ of ___5___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re     **Miki William Folsom**                                                    ,     Case No. _____
                                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Misc. Decorative Items, Family Room<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 50.00 | 50.00 |
| Wooden Bar Stools, (3), Breakfast Room<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 60.00 | 60.00 |
| Sony 32" Flat Screen TV, Breakfast Room<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 125.00 | 125.00 |
| Silver Color Lamps (2), Breakfast Room<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 35.00 | 35.00 |
| Misc. Flatware, China, Crystal, Cookware,<br>Decorative Seasonal Items, Breakfast Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 87.50 | 87.50 |
| Whirlpool Side by Side Refrigerator, Seven<br>Years Old, Breakfast Room<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 100.00 | 100.00 |
| GE Microwave Oven, Breakfast Room<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 12.50 | 12.50 |
| Spool Turned 5-ft Bench with Cushion, Stairwell<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 87.50 | 87.50 |
| Exercise Machine, Pro Form, Upstairs Bedroom<br>#1<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 62.50 | 62.50 |
| Wood and Metal 4-Door Cabinet, Upstairs<br>Bedroom #1<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 162.50 | 162.50 |
| Samsung 43" Plasma TV, Upstairs Bedroom #1<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 112.50 | 112.50 |
| Decorative Ceramic Fish Lamp, Upstairs<br>Bedroom #1<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 15.00 | 15.00 |
| Wicker Head Board with Queen Mattress & Box<br>Springs, Upstairs Bedroom #2<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 125.00 | 125.00 |
| Black Round Two Tier Lamp Table, Upstairs<br>Bedroom #2<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 30.00 | 30.00 |
| Decorative Ceramic Lobster Lamp, Upstairs<br>Bedroom #2<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 15.00 | 15.00 |
| Misc. Decorative Items, Upstairs Bedroom #2<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 50.00 | 50.00 |

Sheet   **2**   of   **5**   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Miki William Folsom** _____,   Case No. _____

_Debtor_

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Misc. Seasonal Items, Attic**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 62.50 | 62.50 |
| **5 Piece Metal Patio Set with Glass Top Table and Cushions, Enclosed Patio**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 87.50 | 87.50 |
| **Kenmore Propane Gril, Enclosed Patio**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 62.50 | 62.50 |
| **Metal Display with Glass Shelves, Enclosed Patio**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 37.50 | 37.50 |
| **Black Painted Wicker 9 Piece Patio Set, Outside Patio**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 150.00 | 150.00 |
| **2 Large metal and Wood Flower Boxes, Outside Patio**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 40.00 | 40.00 |
| **Black Metal and Wood Rolling Cart with Baskets, Outside Patio**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 150.00 | 150.00 |
| **2 Decorative Concrete Planters, Outside Patio**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 40.00 | 40.00 |
| **Decorative Wall Medallion, Outside Patio**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 25.00 | 25.00 |
| **Vizio 50" Flat Screen TV, Outside Patio**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 150.00 | 150.00 |
| **Red Craftsman 2 Stack Tool Boxes with Misc. Hand Tools, Garage**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 137.50 | 137.50 |
| **Shop Vac, Garage**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 25.00 | 25.00 |
| **Small Air Compressor, Garage**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 20.00 | 20.00 |
| **Pressure Washer, Garage**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 50.00 | 50.00 |
| **Saw and Cordless Drill, Garage**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 25.00 | 25.00 |
| **Snorkel Gear, Garage**<br>Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 50.00 | 50.00 |

Sheet __3__ of __5__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Miki William Folsom**                                    ,   Case No. _____

                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Stihl Gas Chainsaw, Garage<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4) | 62.50 | 62.50 |
| Pop Up Awning, Garage<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(4)<br>O.C.G.A. § 44-13-100(a)(6) | 17.50<br>32.50 | 50.00 |
| Misc. Extension Cords, Jackets, Chairs, Garage<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(6) | 37.50 | 37.50 |
| 6 ft. Aluminum Ladder, Garage<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(6) | 17.50 | 17.50 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>2 Large Framed Pictures of Dogs, Stairwell<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(6) | 50.00 | 50.00 |
| **Wearing Apparel**<br>Men's Clothing | O.C.G.A. § 44-13-100(a)(6) | 400.00 | 400.00 |
| **Furs and Jewelry**<br>Wedding Band | O.C.G.A. § 44-13-100(a)(5) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>Used Set of Golf Clubs, Garage<br>  Location: 957 Huntcliffe Court, Macon GA 31210 | O.C.G.A. § 44-13-100(a)(6) | 75.00 | 75.00 |
| **Interests in Insurance Policies**<br>American United Life Insurance Co.<br>Whole Life Insurance Policy<br>Policy No. xx-xxx5679<br>Insured: Miki W. Folsom<br>Face Amount $25,000.00 | O.C.G.A. § 44-13-100(a)(9)<br>O.C.G.A. § 44-13-100(a)(6) | 2,000.00<br>4,762.00 | 6,762.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>IRA - Capital City Bank<br>  Account No. ****5858 | O.C.G.A. § 18-4-22<br>O.C.G.A. § 44-13-100(a)(2)(E)<br>O.C.G.A. § 44-13-100(a)(2.1) | 132,321.00<br>132,321.00<br>132,321.00 | 132,321.00 |
| **Stock and Interests in Businesses**<br>25% ownership interest in Eberhardt & Barry, Inc.<br>(Book Value as of 9/15/15 $37,390.00)<br>(Subject to Shareholder Agreement) | O.C.G.A. § 44-13-100(a)(6) | 100.00 | 100.00 |
| 25% ownership interest in Eberhardt & Barry Property Management, LLC<br>(Book Value as of 9/15/15 $21,977.00) | O.C.G.A. § 44-13-100(a)(6) | 100.00 | 100.00 |
| 50% ownership interest in Vinmer, LLC<br>  (Book Value as of 9/21/15 $225,194.00) | O.C.G.A. § 44-13-100(a)(6) | 100.00 | 100.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>2005 Toyota 4-Runner, V8, 180,000 miles, Leather (Mechanical Problems) | O.C.G.A. § 44-13-100(a)(3) | 5,000.00 | 5,000.00 |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Miki William Folsom**                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Office Equipment, Furnishings and Supplies** | | | |
| **Office Computer** | **O.C.G.A. § 44-13-100(a)(7)** | **500.00** | **500.00** |
| | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Accrued Earnings from Personal Services** | **O.C.G.A. § 44-13-100(a)(6)** | **979.82** | **979.82** |

| | Total: | **441,183.11** | **170,488.76** |
|---|---|---|---|

Sheet ___5___ of ___5___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __Miki William Folsom__ , Case No. _____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Unit 701** <br><br> **Celadon Beach Owners' Assoc.** <br> **c/o Rebekah A. Smith** <br> **Dunlap & Shipman, P.A.** <br> **2065 Thomasville Rd, Suite 102** <br> **Tallahassee, FL 32308** | | H | **Judgment Lien & Contents of Florida Condo, Unit 701** <br><br><br> Value $              **0.00** | | | | 25,547.00 | 25,547.00 |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 25,547.00 | 25,547.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 25,547.00 | 25,547.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Miki William Folsom**                               ,        Case No. _____

                                      **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Miki William Folsom**                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. ****4324<br><br>**Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285-1001** | | H | | | **Credit Card** | | | | **0.00** |
| Account No. ****4321<br><br>**BB&T**<br>**201 Second Street**<br>**Macon, GA 31201** | X | H | | | **Guarantor on Loan to Tobesofkee Investors, LLC** | X | | | **227,403.00** |
| Account No. ****5580<br><br>**Capital One Bank (USA), N.A.**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | | H | | | **Credit Card** | | | | **0.00** |
| Account No. ****0-375<br><br>**CertusBank, N.A.**<br>**252 Holt Avenue**<br>**Macon, GA 31201** | | H | | | 5/19/2011<br><br>**Foreclosed 02/12**<br>**Office and warehouse - 140 Macon West Dr, Macon, GA w/3/4 acre lot/**<br>**150 Macon West Dr, Macon, GA** | | | | **458,629.58** |

|  | Subtotal<br>(Total of this page) | **686,032.58** |
|---|---|---|

__3__   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Miki William Folsom**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Mark S. Watson, Esq. <br> WatsonMcCallum, LLP <br> 111 Arkwright Landing, Suite D <br> Macon, GA 31210 | | | CertusBank, N.A. | | | | **Notice Only** |
| Account No. ****5800 <br><br> CertusBank, N.A. <br> 252 Holt Avenue <br> Macon, GA 31201 | X | H | 4/7/11 <br><br> Guarantor on Loan to Marlin Brokers, LLC | X | | | **224,511.20** |
| Account No. <br><br> Mark S. Watson, Esq. <br> WatsonMcCallum, LLP <br> 111 Arkwright Landing, Suite D <br> Macon, GA 31210 | | | CertusBank, N.A. | | | | **Notice Only** |
| Account No. ****8500 <br><br> CertusBank, N.A. <br> 252 Holt Avenue <br> Macon, GA 31201 | X | H | 8/20/10 <br><br> Guarantor on Note to Bahama Beach Villas, LLC | X | | | **1,104,462.00** |
| Account No. <br><br> Mark S. Watson, Esq. <br> WatsonMcCallum, LLP <br> 111 Arkwright Landing, Suite D <br> Macon, GA 31210 | | | CertusBank, N.A. | | | | **Notice Only** |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,328,973.20**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Miki William Folsom** _____,    Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. ****9900 | | | | 02/06/2011 | | | | |
| CertusBank, N.A. 252 Holt Avenue Macon, GA 31201 | X | H | | Guarantor on Loan to North Macon Business Park, LLC | X | | | 720,550.80 |
| Account No. | | | | | | | | |
| Mark S. Watson, Esq. WatsonMcCallum, LLP 111 Arkwright Landing, Suite D Macon, GA 31210 | | | | CertusBank, N.A. | | | | Notice Only |
| Account No. ****5564 | | | | 8/20/2010 | | | | |
| CertusBank, N.A. 252 Holt Avenue Macon, GA 31201 | X | H | | Guarantor on Loan to Bahama Beach Villas, LLC | X | | | 340,447.00 |
| Account No. | | | | | | | | |
| Mark S. Watson, Esq. WatsonMcCallum, LLP 111 Arkwright Landing, Suite D Macon, GA 31210 | | | | CertusBank, N.A. | | | | Notice Only |
| Account No. ****5400 | | | | 5/19/11 | | | | |
| CertusBank, N.A. 252 Holt Avenue Macon, GA 31201 | X | H | | Guarantor on Loan to Marlin Brokers, LLC | X | | | 37,591.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,098,588.80

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

11/05/15 10:34AM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Miki William Folsom**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Mark S. Watson, Esq. WatsonMcCallum, LLP 111 Arkwright Landing, Suite D Macon, GA 31210 | | | | CertusBank, N.A. | | | | **Notice Only** |
| Account No. | | | | 3096 Napier Avenue & 17757 Front Beach Road, 701 | | | | |
| CertusBank, N.A. 252 Holt Avenue Macon, GA 31201 | | H | | | | | | 182,287.84 |
| Account No. | | | | Bibb County Tax Fi.Fa. filed April 24, 2013 in Lien Book 773, Page 123 3096 Napier Avenue (Property has been foreclosed upon) | | | | |
| Macon-Bibb County Tax Commissioner 188 Third Street Macon, GA 31201 | | H | | | | | | 1,226.01 |
| Account No. ****5914 | | | | Guarantor on Loan to Keystone Park Properties, LLC | | | | |
| State Bank & Trust Company P.O. Box 4748 Macon, GA 31202 | X | H | | | X | | | 103,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **286,513.85**

Total
(Report on Summary of Schedules)    **3,400,108.43**

B6G (Official Form 6G) (12/07)

.

In re    **Miki William Folsom**                                              ,      Case No. _____

_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Apparel Authority, LLC**<br>**Attn: Mr. David Barwick**<br>**4268 Interstate Drive**<br>**Macon, GA 31210** | **Lease on 4268 Interstate Drive, Macon, Bibb County, Georgia** |
| **Sunju Chung**<br>**946 First Street**<br>**Macon, GA 31201** | **Lease on 946 First Street, Macon, Bibb County, Georgia, 31201** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re __Miki William Folsom_____,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Andy M. Blalock**<br>**P.O. Box 27000**<br>**Macon, GA 31221** | **CertusBank, N.A.**<br>**252 Holt Avenue**<br>**Macon, GA 31201** |
| **Andy M. Blalock**<br>**P.O. Box 27000**<br>**Macon, GA 31221** | **BB&T**<br>**201 Second Street**<br>**Macon, GA 31201** |
| **Andy M. Blalock**<br>**P.O. Box 27000**<br>**Macon, GA 31221** | **CertusBank, N.A.**<br>**252 Holt Avenue**<br>**Macon, GA 31201** |
| **Howard O. Holland, Jr.**<br>**4350 Interstate Drive**<br>**Macon, GA 31201** | **CertusBank, N.A.**<br>**252 Holt Avenue**<br>**Macon, GA 31201** |
| **Howard O. Holland, Jr.**<br>**4350 Interstate Drive**<br>**Macon, GA 31201** | **CertusBank, N.A.**<br>**252 Holt Avenue**<br>**Macon, GA 31201** |
| **Howard O. Holland, Jr.**<br>**4350 Interstate Drive**<br>**Macon, GA 31201** | **CertusBank, N.A.**<br>**252 Holt Avenue**<br>**Macon, GA 31201** |
| **North Macon Business Park, LLC**<br>**Miki Folsom**<br>**P.O. Box 6313**<br>**Macon, GA 31208** | **CertusBank, N.A.**<br>**252 Holt Avenue**<br>**Macon, GA 31201** |
| **Randall W. Tidwell**<br>**P.O. Box 340**<br>**Lizella, GA 31052** | **CertusBank, N.A.**<br>**252 Holt Avenue**<br>**Macon, GA 31201** |
| **Randall W. Tidwell**<br>**P.O. Box 340**<br>**Lizella, GA 31052** | **State Bank & Trust Company**<br>**P.O. Box 4748**<br>**Macon, GA 31202** |
| **Randall W. Tidwell**<br>**P.O. Box 340**<br>**Lizella, GA 31052** | **CertusBank, N.A.**<br>**252 Holt Avenue**<br>**Macon, GA 31201** |
| **Ronnie K. Gilbert**<br>**P.O. Box One**<br>**Macon, GA 31202-0001** | **CertusBank, N.A.**<br>**252 Holt Avenue**<br>**Macon, GA 31201** |

**1**
____ continuation sheets attached to Schedule of Codebtors

In re   **Miki William Folsom**                                                                    ,          Case No. _____
_____
Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **W. Steve Carter**<br>**P.O. Box 340**<br>**Lizella, GA 31052** | **State Bank & Trust Company**<br>**P.O. Box 4748**<br>**Macon, GA 31202** |
| **W. Steve Carter**<br>**P.O. Box 340**<br>**Lizella, GA 31052** | **CertusBank, N.A.**<br>**252 Holt Avenue**<br>**Macon, GA 31201** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Miki William Folsom** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF GEORGIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income                                           12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:     Describe Employment**

1.  **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed <br> ☐ Not employed | ■ Employed <br> ☐ Not employed |
| Occupation | | **Real Estate Broker** | **Real Estate Broker** |
| Employer's name | | **Eberhardt & Barry, Inc.** | **Eberhardt & Barry, Inc.** |
| Employer's address | | **990 Riverside Drive <br> Macon, GA 31210** | **990 Riverside Drive <br> Macon, GA 31210** |
| How long employed there? | | 25 years | 13 years |

**Part 2:     Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 12,056.17 | $ 12,261.66 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $ 12,056.17 | $ 12,261.66 |

Debtor 1   **Miki William Folsom**                                              Case number (*if known*)

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 12,056.17 | $ 12,261.66 |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 86.66 | $ 146.50 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.        6.        $ 86.66        $ 146.50

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.        7.        $ 11,969.51        $ 12,115.16

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 711.44 | $ 1,433.33 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify:   **EBPM Distributions** | 8h.+ | $ 9,896.26 + | $ 5,537.46 |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.        9.        $ 10,607.70        $ 6,970.79

**10. Calculate monthly income.** Add line 7 + line 9.        10.        $ 22,577.21   +   $ 19,085.95   =   $ 41,663.16
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:        11.   +$        0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies        12.        $        41,663.16

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:   **Possible decrease in real estate commissions**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Miki William Folsom** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF GEORGIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1. **Is this a joint case?**

    ■ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ■ No

    Do not list Debtor 1 and Debtor 2.    ☐ Yes.  Fill out this information for each dependent..............

    Do not state the dependents' names.

    | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|---|
    | | | | ☐ No |
    | | | | ☐ Yes |
    | | | | ☐ No |
    | | | | ☐ Yes |
    | | | | ☐ No |
    | | | | ☐ Yes |
    | | | | ☐ No |
    | | | | ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No
    ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 1,735.00

    **If not included in line 4:**

    | | | | |
    |---|---|---|---|
    | 4a. | Real estate taxes | 4a. $ | 0.00 |
    | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
    | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 200.00 |
    | 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
    | 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1   **Miki William Folsom**

Case number (if known) _____

6. **Utilities:**

| | | | | |
|---|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ | 230.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ | 80.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 200.00 |
| 6d. | Other. Specify: **Cable** | 6d. | $ | 135.00 |
| | **Garbage** | | $ | 18.00 |
| | **Security** | | $ | 27.00 |

7. **Food and housekeeping supplies** — 7. $ 1,000.00

8. **Childcare and children's education costs** — 8. $ 0.00

9. **Clothing, laundry, and dry cleaning** — 9. $ 400.00

10. **Personal care products and services** — 10. $ 0.00

11. **Medical and dental expenses** — 11. $ 300.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. — 12. $ 500.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 1,000.00

14. **Charitable contributions and religious donations** — 14. $ 200.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | | |
|---|---|---|---|---|
| 15a. | Life insurance | 15a. | $ | 250.00 |
| 15b. | Health insurance | 15b. | $ | 464.00 |
| 15c. | Vehicle insurance | 15c. | $ | 245.00 |
| 15d. | Other insurance. Specify: **Disability** | 15d. | $ | 205.00 |
| | **Health Savings Account** | | $ | 500.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: **Estimated Tax Payments** — 16. $ 15,400.00

17. **Installment or lease payments:**

| | | | | |
|---|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| 17c. | Other. Specify: | 17c. | $ | 0.00 |
| 17d. | Other. Specify: | 17d. | $ | 0.00 |

18. **Your payments of alimony, maintenance, and support that you did not report as
deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** — 18. $ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify: — 19. $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | | |
|---|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| 20b. | Real estate taxes | 20b. | $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 293.35 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |

21. **Other:** Specify: **Rental property of spouse** — 21. +$ 85.00

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses. — 22. $ 23,467.35

23. **Calculate your monthly net income.**

23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 41,663.16

23b. Copy your monthly expenses from line 22 above. — 23b. -$ 23,467.35

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.* — 23c. $ 18,195.81

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
modification to the terms of your mortgage?

■ No.

☐ Yes.
Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Georgia

In re   **Miki William Folsom**                                                      Case No.
                                            Debtor(s)              Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **30**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November  5, 2015**                       Signature   **/s/ Miki William Folsom**
                                                               **Miki William Folsom**
                                                               Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Georgia

In re **Miki William Folsom**

Debtor(s)

Case No. _____

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$228,061.58** | **2015 YTD (Debtor)** |
| **$169,579.00** | **January 1, 2014 - December 31, 2014 (Debtor)** |
| **$68,893.00** | **January 1, 2013 - December 31, 2013 (Debtor)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

B7 (Official Form 7) (04/13)

2

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**None**
■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**None**
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Celadon Beach Owners Association, Inc. v. Miki W. Folsom, and Pamela Folsom a/k/a Pamela Brown Atkins Case No. 12-3310-CC** | | **County Court of the Fourteenth Judicial Circuit, Bay County, Florida** | **Judgment** |
| **CertusBank, N.A. v. North Macon Business Park, LC, Miki W. Folsom, Randall W. Tidwell, and W. Steve Carter Civil Action No. 13CV58879** | | **Superior Court of Bibb County** | |
| **CertusBank, N.A. v. Miki W. Folsom Civil Action File No. 13CV58878** | | **Superior Court of Bibb County** | |
| **CertusBank, N.A. v. Northwest Macon Business Park, LLC and Miki W. Folsom Civil Action File No. 13CV58877** | | **Superior Court of Bibb County** | |
| **CertusBank, N.A. v. North Macon Business Park, LLC, Randall W. Tidwell, W. Steve Carter, and Miki W. Folsom Civil Action File No. 15CV63380** | | **Superior Court of Bibb County** | **Pending** |

*    Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CertusBank, N.A. v. Marlin Brokers, LLC, and Miki W. Folsom**<br>**Civil Action File No. 15CV63381** | | **Superior Court of Bibb County** | **Pending** |
| **CertusBank, N.A. v. Northwest Business Park, LLC and Miki W. Folsom**<br>**Civil Action File No. 15CV63382** | | **Superior Court of Bibb County** | **Pending** |
| **CertusBank, N.A. v. Miki W. Folsom**<br>**Civil Action File No. 15CV63383** | | **Superior Court of Bibb County** | **Pending** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CertusBank**<br>**252 Holt Ave**<br>**Macon, GA 31201** | **October 2014** | **Condo located at 17757 Front Beach  Road, Panama City Beach, FL.** |

**6.  Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None ☐  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                    4

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Sertoma Club of Macon**<br>**Macon, GA 31201** | | **August 2015** | **Cash contribution of $600.00** |
| **Marcus Folsom** | **Brother** | **September 2015** | **$300.00, Cash** |
| **Mother** | **Mother** | **August 28, 2015** | **Washing Machine, $448.33** |

---

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None □   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Stone & Baxter, LLP**<br>**577 Mulberry Street**<br>**Suite 800**<br>**Macon, GA 31201** | **11/3/15** | **$13,550.00** |
| **001 Debtorcc, Inc.**<br>**378 Summit Avenue**<br>**Jersey City, NJ 07306** | **9/28/15** | **$14.95, Credit Counseling** |

---

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Spouse 957 Huntcliffe Court Macon, GA 31210 | Ceramic Dog Lamp, $50.00 | Debtor's Residence |
| Spouse 957 Huntcliffe Court Macon, GA 31210 | Metal and Leather Flat Top Coffee Table, $225.00 | Debtor's Residence |
| Spouse 957 Huntcliffe Court Macon, GA 31210 | Red Upholstered Recliner, $100.00 | Debtor's Residence |
| Spouse 957 Huntcliffe Court Macon, GA 31210 | 4-Drawer Leather End Table, $75.00 | Debtor's Residence |
| Spouse 957 Huntcliffe Court Macon, GA 31210 | Oriental Style Area Rug, $250.00 | Debtor's Residence |
| Spouse 957 Huntcliffe Court Macon, GA 31210 | Walnut Victorian Eastlake Wash Stand, $275.00 | Debtor's Residence |
| Spouse 957 Huntcliffe Court Macon, GA 31210 | Walnut Wood Framed Mirror, $75.00 | Debtor's Residence |

B7 (Official Form 7) (04/13)                                                                                                          6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Spouse**<br>**957 Huntcliffe Court**<br>**Macon, GA 31210** | **Exercise Machine, $125.00** | **Debtor's Residence** |
| **Spouse**<br>**957 Huntcliffe Court**<br>**Macon, GA 31210** | **Solid Wood Ship's Door Made into a Table,**<br>**$225.00** | **Debtor's Residence** |
| **Spouse**<br>**957 Huntcliffe Court**<br>**Macon, GA 31210** | **Pair of Decorative Arm Chairs, $150.00** | **Debtor's Residence** |
| **Spouse**<br>**957 Huntcliffe Court**<br>**Macon, GA 31210** | **Large Picture on Canvas of Polo Player on**<br>**Horse, $125.00** | **Debtor's Residence** |
| **Spouse**<br>**957 Huntcliffe Court**<br>**Macon, GA 31210** | **2008 Bentley Pontoon Boat** | **Lake Tobosofkee** |
| **Spouse**<br>**957 Huntcliffe Court**<br>**Macon, GA 31210** | **All property located at Debtor's residence**<br>**that is not otherwise listed on Schedule B**<br>**and this SOFA Question 14.** | **Debtor's Residence** |

**15.  Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

B7 (Official Form 7) (04/13)                                                                                                      7

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Bahama Beach Villas, LLC** | 38-3710245 | **101 Clearwater Plantation Macon, GA 31210** | **Real Estate Development** | **10/26/04 to present** |
| **Vinmer Properties, LLC** | | **101 Clearwater Plantation Drive Macon, GA 31210** | **Real Estate Development** | **04/16/2014 to present** |
| **Keystone Park Properties, LLC** | 27-4339803 | **c/o W. Steve Carter P.O. Box 340 Lizella, GA 31052** | **Real Estate Investment** | **12/21/10 to present** |
| **Marlin Brokers, LLC** | 20-2935415 | **c/o Ronnie K. Gilbert McNair McLemore & Middlebrooks P.O. Box One Macon, GA 31202-0001** | **Real Estate Speculation** | **10/31/03 to present** |
| **North Macon Business Park, LLC** | 27-0514179 | **c/o Miki Folsom 990 Riverside Drive Macon, GA 31201** | **Real Estate Development** | **4/30/09 to present** |
| **NorthWest Business Park, LLC** | 20-5113392 | **c/o Miki Folsom 990 Riverside Drive Macon, GA 31210** | **Real Estate Investment** | **12/01/06 to present** |
| **Eberhardt & Barry, Inc.** | 58-1053498 | **c/o Hal Harper 990 Riverside Drive Macon, GA 31210** | **Real Estate Brokerage** | **04/30/04 to present** |
| **Eberhardt & Barry Property Mgt, LLC** | 55-0909056 | **c/o Hal Harper 990 Riverside Drive Macon, GA 31210** | **Real Estate Management** | **12/24/04 to present** |
| **S. P. Investors, LLC** | 58-1083079 | **c/o G. Shirley Myers 160 Cross Creek Circle Macon, GA 31210** | **Real Estate Holdings** | **4/17/01 to present** |

B7 (Official Form 7) (04/13)

8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **HAMS, LLC** | 20-8586745 | c/o Hal Harper<br>990 Riverside Drive<br>Macon, GA 31201 | **Real Estate Holdings** | **12/11/06 to present** |
| **Tobesofkee Investors, LLC** | 03-0375667 | **101 Clearwater Plantation**<br>**Macon, GA 31210** | **Real Estate Investments** | **12/31/01 to present** |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☐

| NAME | ADDRESS |
|------|---------|
| **Bahama Beach Villas, LLC** | **101 Clearwater Plantation**<br>**Macon, GA 31210** |
| **Keystone Park Properties, LLC** | **c/o W. Steve Carter**<br>**P.O. Box 340**<br>**Lizella, GA 31052** |
| **North Macon Business Park, LLC** | **c/o Miki Folsom**<br>**990 Riverside Drive**<br>**Macon, GA 31201** |
| **NorthWest Business Park, LLC** | **c/o Miki Folsom**<br>**990 Riverside Drive**<br>**Macon, GA 31210** |
| **S. P. Investors, LLC** | **c/o G. Shirley Myers**<br>**160 Cross Creek Circle**<br>**Macon, GA 31210** |
| **HAMS, LLC** | **c/o Hal Harper**<br>**990 Riverside Drive**<br>**Macon, GA 31201** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
■     supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■     of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                                    DATES SERVICES RENDERED

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■     of the debtor. If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/13)                                                                                                                    9

| NAME | ADDRESS |
|------|---------|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **State Bank & Trust Company**<br>**P. O. Box 4748**<br>**Macon, GA 31202** | 2/16/14 |

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|----------------------------------------------------------------------|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|----------------------|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------------------------------------------------------|--------------------------------|------------------------------------------------------|

B7 (Official Form 7) (04/13)                                                                                                                10

---

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
      group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
      of the case.

NAME OF PARENT CORPORATION                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                        11

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date   **November  5, 2015**                         Signature   **/s/ Miki William Folsom**
                                                                  **Miki William Folsom**
                                                                  Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Georgia

In re    **Miki William Folsom**                                          Case No. _____

                                              Debtor(s)          Chapter        **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered                    ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>☐ Claimed as Exempt                    ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date    **November  5, 2015** _____        Signature    **/s/ Miki William Folsom** _____
                                                          **Miki William Folsom**
                                                          Debtor

# United States Bankruptcy Court
## Middle District of Georgia

In re   **Miki William Folsom**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,215.00 |
| Prior to the filing of this statement I have received | $ | 3,215.00 |
| Balance Due | $ | 0.00 |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   11/5/15

/s/ Matthew S. Cathey
**Matthew S. Cathey 759547**
**Stone & Baxter, LLP**
**577 Mulberry Street**
**Suite 800**
**Macon, GA 31201**
**478-750-9898  Fax: 478-750-9899**

---

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### __Chapter 11__: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### __Chapter 12__: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. __Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials__

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

__WARNING:__ Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Middle District of Georgia

In re **Miki William Folsom**                                          Case No.
                                        _____
                                Debtor(s)          Chapter **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Miki William Folsom | X **/s/ Miki William Folsom** | November  5, 2015 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known)  _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Middle District of Georgia

In re    **Miki William Folsom** _____    Case No. _____

                                        Debtor(s)        Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **November  5, 2015** _____        **/s/ Miki William Folsom** _____
                                        **Miki William Folsom**
                                        Signature of Debtor

Andy M. Blalock
P.O. Box 27000
Macon GA 31221

Apparel Authority, LLC
Attn: Mr. David Barwick
4268 Interstate Drive
Macon GA 31210

Bank of America
P.O. Box 851001
Dallas TX 75285-1001

BB&T
201 Second Street
Macon GA 31201

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte NC 28272-1083

Celadon Beach Owners' Assoc.
c/o Rebekah A. Smith
Dunlap & Shipman, P.A.
2065 Thomasville Rd, Suite 102
Tallahassee FL 32308

CertusBank, N.A.
252 Holt Avenue
Macon GA 31201

Howard O. Holland, Jr.
4350 Interstate Drive
Macon GA 31201

Macon-Bibb County Tax Commissioner
188 Third Street
Macon GA 31201

Mark S. Watson, Esq.
WatsonMcCallum, LLP
111 Arkwright Landing, Suite D
Macon GA 31210

North Macon Business Park, LLC
Miki Folsom
P.O. Box 6313
Macon GA 31208

Randall W. Tidwell
P.O. Box 340
Lizella GA 31052

Ronnie K. Gilbert
P.O. Box One
Macon GA 31202-0001

State Bank & Trust Company
P.O. Box 4748
Macon GA 31202

Sunju Chung
946 First Street
Macon GA 31201

W. Steve Carter
P.O. Box 340
Lizella GA 31052

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 22A-1Supp: |
|---|---|
| **Debtor 1**    Miki William Folsom | ■ 1. There is no presumption of abuse |
| **Debtor 2** (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2). |
| United States Bankruptcy Court for the:   Middle District of Georgia | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 22A - 1
# Chapter 7 Statement of Your Current Monthly Income
12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1.  **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. **Net income from operating a business, profession, or farm** | | |
|    Gross receipts (before all deductions)    $ _____ | | |
|    Ordinary and necessary operating expenses    -$ _____ | | |
|    Net monthly income from a business, profession, or farm $ _____   Copy here -> | $ _____ | $ _____ |
| 6. **Net income from rental and other real property** | | |
|    Gross receipts (before all deductions)    $ _____ | | |
|    Ordinary and necessary operating expenses    -$ _____ | | |
|    Net monthly income from rental or other real property $ _____   Copy here -> | $ _____ | $ _____ |
| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |

Debtor 1    **Miki William Folsom**                                     Case number (*if known*)

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**    $ _____    $ _____

Do not enter the amount if you contend that the amount received was a benefit
under the Social Security Act. Instead, list it here:

For you                                                    $ _____
For your spouse                                            $ _____

9. **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act.    $ _____    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism. If necessary, list other sources on a separate page and put the
total on line 10c.

10a.  _____    $ _____    $ _____
10b.  _____    $ _____    $ _____
10c.  Total amounts from separate pages, if any.    + $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.

$ _____  **+**  $ _____  **=**  $ _____

**Total current monthly
income**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........................  **Copy line 11 here=>**    12a.  $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b.  $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household. ........................    13.  $ _____

14. **How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
         Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
         Go to Part 3 and fill out Form 22A-2.

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Miki William Folsom**
**Miki William Folsom**
Signature of Debtor 1

Date  **November  5, 2015**
         MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Miki William Folsom** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Georgia |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 22A - 1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:     Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ■ No.   Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes.  Go to Part 2.

### Part 2:     Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.  Go to Form 22A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Complete Form 22A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ ,which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____ ,which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. you are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(@)(D)(ii).

   If your exclusion period ends  before your case is closed, you may have to file an amended form later.