IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 15-52566-JPS |
| | * | |
| Folsom, Miki William | * | |
| | * | |
| DEBTOR(S) | * | CHAPTER 7 |

## **TRUSTEE'S REPORT OF POSSIBLE ASSETS**

COMES NOW Joy R. Webster, the Chapter 7 Trustee duly appointed in the above styled case, and reports as follows:

The Trustee will be pursuing possible assets that may exist in this case.  If assets are recovered for the benefit of creditors, a Trustee's Notice of Intent to Pay Claims will be filed requesting that a bar date be set for the filing of claims.  If no assets are recovered, a Report of No Distribution will be filed.

This **15th** day of **December, 2015.**

 /s/ Joy R. Webster
Joy R. Webster
Chapter 7 Trustee
P.O. Box 1098
Macon, GA 31202
(478) 742-1889
jwebster@akin-webster.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 15-52566-JPS |
| | * | |
| Folsom, Miki William | * | |
| | * | |
| DEBTOR(S) | * | CHAPTER 7 |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Trustee's Report of Possible Assets upon Elizabeth A. Hardy, Esq., Assistant United States Trustee, 440 Martin Luther King Jr. Blvd., Suite 302, Macon, GA 31201 via electronic notice.

This **15th** day of **December, 2015.**

    /s/ Joy R. Webster
Joy R. Webster
Chapter 7 Trustee
P.O. Box 1098
Macon, GA 31202
(478) 742-1889
jwebster@akin-webster.com