UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-52566-JPS |
| | ) | |
| MIKI WILLIAM FOLSOM | ) | |
|     DEBTOR | ) | CHAPTER 7 |

### NOTICE OF MOTION TO SELL PROPERTY OF THE ESTATE

    JOY R. WEBSTER, TRUSTEE IN THE ABOVE-STYLED CASE FILED PAPERS TO SELL PROPERTY OF THE ESTATE.  THE TRUSTEE PROPOUNDS THIS NOTICE PURSUANT FRBP 6004, M.D. GA. LBR 6004-1.

    THE TRUSTEE PROPOSES TO SELL THE ESTATE'S INTEREST IN THE LIMITED LIABILITY COMPANY KNOWN AS VINMER PROPERTIES, LLC TO ANDY BLALOCK, P.O. BOX 27000, MACON, GA 31221 FOR THE SUM OF $86,000.00 CASH.

    THE TRUSTEE IS NOT RESPONSIBLE FOR ANY COSTS RELATED TO THE SALE.

    **YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

    IF YOU DO NOT WANT THE COURT TO APPROVE THE MOTION TO SELL, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN OBJECTION OR RESPONSE ON OR BEFORE **MARCH 4, 2016.**  THE OBJECTION OR RESPONSE SHOULD BE SENT TO THE CLERK OF THE COURT, U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF GEORGIA, P.O. BOX 1957, MACON, GA 31202.  IF AN OBJECTION OR RESPONSE IS FILED A HEARING ON THE APPLICATION WILL BE HELD ON **MARCH 17, 2016** AT **9:30 A.M.** IN THE UNITED STATES BANKRUPTCY COURT, COURTROOM A, 433 CHERRY ST., MACON, GA 31201.

    IF YOU MAIL YOUR RESPONSE OR OBJECTION TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** THE OBJECTION OR RESPONSE ON OR BEFORE THE RESPONSE DATE STATED ABOVE.

    ANY REQUEST OR OBJECTION MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

    IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION OR OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

    This **9th** day of **February, 2016.**

| | |
|---|---|
| | /s/ Danny L. Akin |
| Akin, Webster & Matson, P.C. | Danny L. Akin |
| P.O. Box 1773 | Attorney for Trustee |
| Macon, GA 31202 | State Bar No. 006350 |
| (478) 742-1889 | dlakin@akin-webster.com |

U. S. Bankruptcy Court
P. O. Box 1957
Macon, GA 31202
(478) 752-3506

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:                                          )      CASE NO. 15-52566-JPS
                                                )
MIKI WILLIAM FOLSOM                             )
    DEBTOR                                      )      CHAPTER 7

## MOTION TO SELL PROPERTY OF THE ESTATE

Comes now, Joy R. Webster, Trustee in the above styled case, files this motion to sell property of the estate pursuant to 11 U.S.C. § 363(b) and shows the Court the following:

1.

The Debtor filed a chapter 7 petition pursuant to Title 11 of the United States Code on November 5, 2015.  Joy R. Webster was appointed Trustee in the case.

2.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(N).

3.

Venue is proper pursuant to 28 U.S.C. § 1408.

4.

The Debtor's schedules listed a 50% interest in the Limited Liability Company known as Vinmer Properties, LLC.  Vinmer Properties, LLC is a Georgia Member-Managed Limited Liability Company with two members, Miki Folsom and Andy Blalock.

5.

The Trustee has requested that she be allowed to assume the rights and responsibilities of Miki Folsom under the terms of the Operating Agreement of the Company, which agreement was entered May 14, 2014.  The Company currently owns two pieces of improved real property.  The first is known as 2952 Vineville Avenue, Macon, GA and it has a tax valuation of $272,403.00.  The second is known as 3825 Mercer University Drive, Macon, GA and it has a tax valuation of $101,615.00.  There is an outstanding debt against these properties in the approximate amount of $101,889.12.

6.

The Operating Agreement of Vinmer Properties, LLC calls for an assignment of interest by a member in the event of bankruptcy, which assignment is of an economic interest in the distributions of the Company.  The Assignee cannot become a substituted member without the written approval of all members.

7.

The remaining member of the Company, Andy Blalock (Buyer) has made an offer to purchase the economic interest of the estate for eighty six thousand dollars ($86,000.00) cash at closing, with the Buyer to be responsible for costs associated with the sale.  A copy of the Contract for Purchase is attached as Exhibit "A".  The sale proceeds are subject to the Debtor's claim of exemption but the valuation placed on the asset by the Debtor and the exemption taken was $100.00 so the estate should net $85,900.00 from the sale.

8.

The Trustee believes that the purchase price for her interest in the property is a fair price after considering the nature of the Trustee's interest, the restrictions on transfer of a full membership, the probable liquidation value of the assets of the Company and the possible costs of litigation to obtain a sale of the entire interest in order to recover the value of the estate's interest.

Wherefore, the Trustee prays that the Court enters an order granting her motion and allowing her to sell her interest in the Limited Liability Company known as Vinmer Properties, LLC to Andy Blalock under the conditions set forth above.

This **9th** day of **February, 2016.**

|  |  |
|---|---|
| Akin, Webster & Matson, P.C. | /s/ Danny L. Akin |
| P.O. Box 1773 | Danny L. Akin |
| Macon, GA 31202 | Attorney for Trustee |
| (478) 742-1889 | State Bar No. 006350 |
|  | dlakin@akin-webster.com |

# Exhibit "A"

STATE OF GEORGIA
COUNTY OF BIBB

## CONTRACT FOR THE PURCHASE OF INTEREST IN LIMITED LIABILITY COMPANY

This agreement is made and entered between Andy Blalock (Purchaser) and Joy R. Webster, Trustee for the Estate of Miki William Folsom (Seller) with respect to the sale of the following property of the bankruptcy estate of Miki William Folsom, to wit:

All membership interests of the Trustee in the Limited Liability Company known as Vinmer Properties, LLC, as established by the "Member-Managed Operating Agreement" executed May 14, 2014, together with any addendums, extensions or continuations thereof.

Whereas Miki William Folsom, Debtor, filed a chapter 7 bankruptcy in this Court on November 5, 2015. Joy R. Webster ("Trustee") was appointed interim trustee in this case pursuant to 11 U.S.C. § 701, held the 341(a) meeting of Creditors on December 9, 2015 and currently serves as the duly appointed Chapter 7 Trustee pursuant to 11 U.S.C § 702(d) and;

Whereas the Debtor listed his interest in the Limited Liability Company known as Vinmer Properties, LLC as property of the bankruptcy estate and the Trustee has undertaken to assume the duties, responsibilities, rights and remedies set out in the operating agreement referred to above; and

Whereas the Purchaser wishes to purchase the entire interest of the Trustee as outlined in the Operating Agreement;

WITNESSETH: Trustee agrees to sell and convey and the Purchaser agrees to purchase all of the interest of Miki William Folsom in the Limited Liability Company known as Vinmer Properties, LLC, for the purchase price of $86,000.00 in cash upon closing. This contract is subject to approval by the U.S. Bankruptcy Court for the Middle District of Georgia.

Signed this _____ day of _____, 2016.

_____
Andy Blalock, Purchaser

_____
Joy R. Webster, as Trustee for the Estate of
Miki William Folsom, Seller

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:                                 )        CASE NO. 15-52566-JPS
                                      )
MIKI WILLIAM FOLSOM                   )
    DEBTOR                            )        CHAPTER 7

## **CERTIFICATE OF SERVICE**

    This certifies that on this day, I served a copy of the Notice of Motion to Sell Property of the Estate and the Motion to Sell Property of the Estate via electronic notice upon:

    Elizabeth A. Hardy, Esq.        Matthew S. Cathey
    Assistant United States Trustee    Attorney at Law
    440 Martin Luther King Jr. Blvd.   577 Mulberry St.
    Suite 302                              Suite 800
    Macon, GA 31201                Macon, GA 31201

and upon the following and all interested parties listed on the attached matrix of the Court by depositing same in the U.S. mail in a properly addressed envelope with sufficient postage affixed thereto.

    Andy Blalock                     Miki Folsom
    Vinmer Properties, LLC         P.O. Box 6313
    P.O. Box 27000                 Macon, GA 31208
    Macon, GA 31221

    This **9th** day of **February, 2016.**

                                                  /s/ Danny L. Akin
Akin, Webster & Matson, P.C.        Danny L. Akin
P.O. Box 1773                            Attorney for Trustee
Macon, GA 31202                       State Bar No. 006350
(478) 742-1889                            dlakin@akin-webster.com

```
Label Matrix for local noticing          Akin, Webster & Matson, P.C.           Recovery Management Systems Corporation
113G-5                                   Attorney for Trustee                   25 SE 2nd Avenue Suite 1120
Case 15-52566                            P.O. Box 1098                          Miami, FL 33131-1605
Middle District of Georgia               Macon, GA 31202-1098
Macon
Tue Feb  9 11:44:16 EST 2016

Stonebridge Accounting & Forensics, LLC  5                                      Andy M. Blalock
PO Box 1290                              433 Cherry Street                      P.O. Box 27000
Grayson, GA 30017-0025                   P.O. Box 1957                          Macon GA 31221-7000
                                         Macon, GA 31202-1957


Apparel Authority, LLC                   BB&T                                   (p)BB AND T
Attn: Mr. David Barwick                  201 Second Street                      PO BOX 1847
4268 Interstate Drive                    Macon GA 31201-8293                    WILSON NC 27894-1847
Macon GA 31210-6806


BIBB COUNTY TAX OFFICE                   Bank of America                        Capital One Bank (USA), N.A.
P O BOX 4724                             P.O. Box 851001                        P.O. Box 71083
MACON, GA 31208-4724                     Dallas TX 75285-1001                   Charlotte NC 28272-1083


Celadon Beach Owners' Assoc.             CertusBank, N.A.                       Howard O. Holland, Jr.
c/o Rebekah A. Smith                     c/o CT Corp System, Reg Agent          4350 Interstate Drive
Dunlap & Shipman, P.A.                   1201 Peachtree St., NE                 Macon GA 31210-6807
2065 Thomasville Rd, Suite 102           Atlanta GA 30361-3503
Tallahassee FL 32308-9818


Macon-Bibb County Tax Commissioner       Mark S. Watson, Esq.                   North Macon Business Park, LLC
188 Third Street                         WatsonMcCallum, LLP                    Miki Folsom
Macon GA 31201-3484                      111 Arkwright Landing, Suite D         P.O. Box 6313
                                         Macon GA 31210-1364                    Macon GA 31208-6313


Randall W. Tidwell                       Ronnie K. Gilbert                      State Bank & Trust Company
P.O. Box 340                             P.O. Box One                           P.O. Box 4748
Lizella GA 31052-0340                    Macon GA 31202-0001                    Macon GA 31208-4748


Sunju Chung                              Synchrony Bank                         U.S. Trustee - MAC
946 First Street                         Recovery Management Systems Corp       440 Martin Luther King Jr. Boulevard
Macon GA 31201-6878                      25 S.E. 2nd Avenue, Suite 1120         Suite 302
                                         Miami, FL 33131-1605                   Macon, GA 31201-7987


W. Steve Carter                          Joy R. Webster                         Matthew S. Cathey
P.O. Box 340                             Akin, Webster and Matson, P.C.         Stone & Baxter, LLP
Lizella GA 31052-0340                    P.O. Box 1098                          577 Mulberry Street
                                         Macon, GA 31202-1098                   Suite 800
                                                                                Macon, GA 31201-8256


Miki William Folsom
P. O. Box 6313
Macon, GA 31208-6313
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BB&T Bankruptcy                     End of Label Matrix
M/C 100-50-01-51                    Mailable recipients    27
P.O. Box 1847                       Bypassed recipients     0
Wilson, NC 27894-1847               Total                  27
```