UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-52566-JPS |
| | ) | |
| MIKI WILLIAM FOLSOM | ) | |
|     DEBTOR | ) | CHAPTER 7 |

**NOTICE OF MOTION TO SELL PROPERTY OF THE ESTATE**

    JOY R. WEBSTER, TRUSTEE IN THE ABOVE-STYLED CASE FILED PAPERS TO SELL PROPERTY OF THE ESTATE.  THE TRUSTEE PROPOUNDS THIS NOTICE PURSUANT FRBP 6004, M.D. GA. LBR 6004-1.
    THE TRUSTEE PROPOSES TO SELL THE ESTATE'S INTEREST IN THE LIMITED LIABILITY COMPANY KNOWN AS EBERHARDT AND BARRY PROPERTY MANAGEMENT, LLC AND THE STOCK IN EBERHARDT AND BARRY, INC. TO ARTHUR P. BARRY, III, HENRY W. HARPER, III AND STEPHANIE FOLSOM FOR THE SUM OF $20,000.00 CASH.
    THE TRUSTEE IS NOT RESPONSIBLE FOR ANY COSTS RELATED TO THE SALE.
    **YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**
    IF YOU DO NOT WANT THE COURT TO APPROVE THE MOTION TO SELL, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN OBJECTION OR RESPONSE ON OR BEFORE **MARCH 4, 2016.  THE OBJECTION OR RESPONSE SHOULD BE SENT TO THE CLERK OF THE COURT, U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF GEORGIA, P.O. BOX 1957, MACON, GA 31202.  IF AN OBJECTION OR RESPONSE IS FILED A HEARING ON THE APPLICATION WILL BE HELD ON MARCH 17, 2016 AT 9:30 A.M.** IN THE UNITED STATES BANKRUPTCY COURT, COURTROOM A, 433 CHERRY ST., MACON, GA 31201.
    IF YOU MAIL YOUR RESPONSE OR OBJECTION TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** THE OBJECTION OR RESPONSE ON OR BEFORE THE RESPONSE DATE STATED ABOVE.
    ANY REQUEST OR OBJECTION MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.
    IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION OR OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

    This **9th** day of **February, 2016.**

                                                                                      /s/ Danny L. Akin

Akin, Webster & Matson, P.C.                                Danny L. Akin
P.O. Box 1773                                                                    Attorney for Trustee
Macon, GA 31202                                                     State Bar No. 006350
(478) 742-1889                                                           dlakin@akin-webster.com

U. S. Bankruptcy Court
P. O. Box 1957
Macon, GA 31202
(478) 752-3506

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:                                        )        CASE NO. 15-52566-JPS
                                              )
MIKI WILLIAM FOLSOM                           )
    DEBTOR                                    )        CHAPTER 7

## MOTION TO SELL PROPERTY OF THE ESTATE

Comes now, Joy R. Webster, Trustee in the above styled case, files this motion to sell property of the estate pursuant to 11 U.S.C. § 363(b) and shows the Court the following:

1.
The Debtor filed a chapter 7 petition pursuant to Title 11 of the United States Code on November 5, 2015.  Joy R. Webster was appointed Trustee in the case.

2.
The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(N).

3.
Venue is proper pursuant to 28 U.S.C. § 1408.

4.
The Debtor's schedules listed a 25% interest in the Limited Liability Company known as Eberhardt and Barry Property Management, LLC and a 25 % interest in a Subchapter S Corporation known as Eberhardt and Barry, Inc.  Eberhardt and Barry Property Management, LLC is a Georgia Manager-Managed Limited Liability Company with four members, Miki Folsom, Stephanie Folsom, Henry W. Harper, III and Arthur P. Barry, III. Eberhardt and Barry, Inc. is a Georgia Corporation whose stock is held by Arthur P. Barry, III, Henry W. Harper, III, Stephanie Critchfield (Folsom), and Miki Folsom.

5.
The Trustee has requested that she be allowed to assume the rights and responsibilities of Miki Folsom under the terms of the Operating Agreement of the Limited Liability Company, which agreement was entered December 20, 2004.  The Company currently owns only personal property and business equipment.  The estate's stock interest in Eberhardt and Barry, Inc. is subject to a Shareholder Agreement dated May 19, 2004.  Both entities have some restrictions on the transfers of interests held by members or shareholders.

6.
The Operating Agreement of Eberhardt and Barry Property Management, LLC calls for an assignment of interest by a member in the event of bankruptcy, which assignment is of an economic interest in the distributions of the Company.  The Assignee cannot become a substituted member without the written consent of all members and there is a right of first refusal on the transfer of any member's interest.  The Stock of Eberhardt and Barry, Inc. also has restrictions on transfer and the value of the stock is compromised by the fact that there is no automatic termination of the Corporation upon the transfer of an interest by bankruptcy.

7.

      The remaining members of the Company, Arthur P. Barry, III, Henry W. Harper, III, and Stephanie Folsom (Buyers) have made an offer to purchase the economic interest of the estate in Eberhardt and Barry Property Management, LLC and the Stock of Eberhardt and Barry, Inc. for Twenty Thousand Dollars ($20,000.00) cash at closing, with the Buyers to be responsible for costs associated with the sale. A copy of the Contract for Purchase is attached as Exhibit "A". The sale proceeds are subject to the Debtor's claim of exemption but the valuation placed on the asset by the Debtor and the exemption taken was $100.00 so the estate should net $19,900.00 from the sale.

8.

      The Trustee believes that the purchase price for her interest in the property is a fair price, considering the nature of the Trustee's interest, the restrictions on transfer of the property involved, the probable liquidation value of the assets of the entities, the interaction of the two entities and the impact sale of one might influence the value of the other and the possible costs of litigation to obtain a sale of the entire property in order to recover the value of the estate's interest.

      Wherefore, the Trustee prays that the Court enters an order granting her motion and allowing her to sell her interest in the Limited Liability Company known as Eberhardt and Barry Property Management, LLC. and the Debtor's stock in Eberhardt and Barry, Inc. to Arthur P. Barry, III, Henry W. Harper, III and Stephanie Folsom under the conditions set forth above.

      This **9th** day of **February, 2016.**

|  |  |
|---|---|
| | /s/ Danny L. Akin |
| Akin, Webster & Matson, P.C. | Danny L. Akin |
| P.O. Box 1773 | Attorney for Trustee |
| Macon, GA 31202 | State Bar No. 006350 |
| (478) 742-1889 | dlakin@akin-webster.com |

STATE OF GEORGIA
COUNTY OF BIBB

**Exhibit "A"**

### CONTRACT FOR THE PURCHASE OF INTEREST IN LIMITED LIABILITY COMPANY AND EQUITY INTEREST IN CORPORATION

This agreement is made and entered between Arthur P. Barry, III, H.W. Harper, III and Stephanie Folsom (Purchaser) and Joy R. Webster, Trustee for the Estate of Miki William Folsom (Seller) with respect to the sale of the following property of the bankruptcy estate of Miki William Folsom, to wit:

> All membership interests of the Trustee in the Limited Liability Company known as Eberhardt and Barry Property Management, LLC. as established by the "Manager-Managed Operating Agreement" executed December 20, 2004 together with any addendums, extensions or continuations thereof; and
> All Shareholder's interest of Miki William Folsom in Eberhardt and Barry, Inc. as indicated in the "Shareholder Agreement" of said Corporation executed on May 19, 2004.

Whereas Miki William Folsom, Debtor, filed a chapter 7 bankruptcy in this Court on November 5, 2015. Joy R. Webster ("Trustee") was appointed interim trustee in this case pursuant to 11 U.S.C. § 701, held the 341(a) meeting of Creditors on December 9, 2015 and currently serves as the duly appointed Chapter 7 Trustee pursuant to 11 U.S.C § 702(d) and;

Whereas the Debtor listed his interest in the Limited Liability Company known as Eberhardt and Barry Property Management, LLC. and his shareholder's interest in Eberhardt and Barry, Inc. as property of the bankruptcy estate and the Trustee has undertaken to assume the duties, responsibilities, rights and remedies set out in the operating agreement referred to above; and

Whereas the Purchaser wishes to purchase the entire interest of the Trustee as outlined in the Operating Agreement and the interest of the Trustee in Eberhardt and Barry, Inc.

WITNESSETH: Trustee agrees to sell and convey and the Purchaser agrees to purchase all of the interest of Miki William Folsom in the Limited Libility Company known as Eberhardt and Barry Property Management, LLC. and the Debtor's shareholder interest in Eberhardt and Barry, Inc. for the purchase price of $20,000.00 in cash upon closing. This contract is subject to approval by the U.S. Bankruptcy Court for the Middle District of Georgia.

Signatures on following page:

CONTRACT FOR PURCHASE OF INTERESTS IN EBERHARDT AND BARRY PROPERTY MANAGEMENT, LLC AND EBERHARDT AND BARRY, INC.

Signed this _____ day of ____January____, 2016.

_____
H.W. Harper, III, Purchaser

_____  1-29-16
Arthur P. Barry, III, Purchaser

_____
Stephanie Folsom, Purchaser

_____
Joy R. Webster, as Trustee for the Estate of
Miki William Folsom, Seller

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:                                      )        CASE NO. 15-52566-JPS
                                            )
MIKI WILLIAM FOLSOM                         )
    DEBTOR                                  )        CHAPTER 7

## CERTIFICATE OF SERVICE

This certifies that on this day, I served a copy of the Notice of Motion to Sell Property of the Estate and the Motion to Sell Property of the Estate via electronic notice upon:

>   Elizabeth A. Hardy, Esq.              Matthew S. Cathey
>   Assistant United States Trustee       Attorney at Law
>   440 Martin Luther King Jr. Blvd.      577 Mulberry St.
>   Suite 302                             Suite 800
>   Macon, GA 31201                       Macon, GA 31201

and upon the following and all interested parties listed on the attached matrix of the Court by depositing same in the U.S. mail in a properly addressed envelope with sufficient postage affixed thereto.

>   Arthur P. Barry, III                  Henry W. Harper, III
>   990 Riverside Dr.                     990 Riverside Dr.
>   Macon, GA 31201                       Macon, GA 31201
>
>   Stephanie Folsom                      Miki Folsom
>   990 Riverside Dr.                     P.O. Box 6313
>   Macon, GA 31201                       Macon, GA 31208

This **9th** day of **February, 2016.**

                                             /s/ Danny L. Akin
                                            _____
Akin, Webster & Matson, P.C.                Danny L. Akin
P.O. Box 1773                               Attorney for Trustee
Macon, GA 31202                             State Bar No. 006350
(478) 742-1889                              dlakin@akin-webster.com

```
Label Matrix for local noticing         Akin, Webster & Matson, P.C.          Recovery Management Systems Corporation
113G-5                                  Attorney for Trustee                  25 SE 2nd Avenue Suite 1120
Case 15-52566                           P.O. Box 1098                         Miami, FL 33131-1605
Middle District of Georgia              Macon, GA 31202-1098
Macon
Tue Feb  9 11:44:16 EST 2016

Stonebridge Accounting & Forensics, LLC 5                                     Andy M. Blalock
PO Box 1290                             433 Cherry Street                     P.O. Box 27000
Grayson, GA 30017-0025                  P.O. Box 1957                         Macon GA 31221-7000
                                        Macon, GA 31202-1957


Apparel Authority, LLC                  BB&T                                  (p)BB AND T
Attn: Mr. David Barwick                 201 Second Street                     PO BOX 1847
4268 Interstate Drive                   Macon GA 31201-8293                   WILSON NC 27894-1847
Macon GA 31210-6806


BIBB COUNTY TAX OFFICE                  Bank of America                       Capital One Bank (USA), N.A.
P O BOX 4724                            P.O. Box 851001                       P.O. Box 71083
MACON, GA 31208-4724                    Dallas TX 75285-1001                  Charlotte NC 28272-1083


Celadon Beach Owners' Assoc.            CertusBank, N.A.                      Howard O. Holland, Jr.
c/o Rebekah A. Smith                    c/o CT Corp System, Reg Agent         4350 Interstate Drive
Dunlap & Shipman, P.A.                  1201 Peachtree St., NE                Macon GA 31210-6807
2065 Thomasville Rd, Suite 102          Atlanta GA 30361-3503
Tallahassee FL 32308-9818


Macon-Bibb County Tax Commissioner      Mark S. Watson, Esq.                  North Macon Business Park, LLC
188 Third Street                        WatsonMcCallum, LLP                   Miki Folsom
Macon GA 31201-3484                     111 Arkwright Landing, Suite D        P.O. Box 6313
                                        Macon GA 31210-1364                   Macon GA 31208-6313


Randall W. Tidwell                      Ronnie K. Gilbert                     State Bank & Trust Company
P.O. Box 340                            P.O. Box One                          P.O. Box 4748
Lizella GA 31052-0340                   Macon GA 31202-0001                   Macon GA 31208-4748


Sunju Chung                             Synchrony Bank                        U.S. Trustee - MAC
946 First Street                        Recovery Management Systems Corp      440 Martin Luther King Jr. Boulevard
Macon GA 31201-6878                     25 S.E. 2nd Avenue, Suite 1120        Suite 302
                                        Miami, FL 33131-1605                  Macon, GA 31201-7987


W. Steve Carter                         Joy R. Webster                        Matthew S. Cathey
P.O. Box 340                            Akin, Webster and Matson, P.C.        Stone & Baxter, LLP
Lizella GA 31052-0340                   P.O. Box 1098                         577 Mulberry Street
                                        Macon, GA 31202-1098                  Suite 800
                                                                              Macon, GA 31201-8256


Miki William Folsom
P. O. Box 6313
Macon, GA 31208-6313
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BB&T Bankruptcy                    End of Label Matrix
M/C 100-50-01-51                   Mailable recipients    27
P.O. Box 1847                      Bypassed recipients     0
Wilson, NC 27894-1847              Total                  27
```