UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:                                )        CASE NO. 15-52566-JPS
                                      )
MIKI WILLIAM FOLSOM                   )
    DEBTOR                            )        CHAPTER 7

### NOTICE OF MOTION TO SELL PROPERTY OF THE ESTATE

    JOY R. WEBSTER, TRUSTEE IN THE ABOVE-STYLED CASE FILED PAPERS TO SELL PROPERTY OF THE ESTATE.  THE TRUSTEE PROPOUNDS THIS NOTICE PURSUANT FRBP 6004, M.D. GA. LBR 6004-1.

    THE TRUSTEE PROPOSES TO SELL THE ESTATE'S INTEREST IN THE LIMITED LIABILITY COMPANY KNOWN AS HAMS, LLC TO HAMS, LLC FOR THE SUM OF $20,000.00 CASH.

    THE TRUSTEE IS NOT RESPONSIBLE FOR ANY COSTS RELATED TO THE SALE.

    **YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

    IF YOU DO NOT WANT THE COURT TO APPROVE THE MOTION TO SELL, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN OBJECTION OR RESPONSE ON OR BEFORE **MARCH 4, 2016.  THE OBJECTION OR RESPONSE SHOULD BE SENT TO THE CLERK OF THE COURT, U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF GEORGIA, P.O. BOX 1957, MACON, GA 31202.  IF AN OBJECTION OR RESPONSE IS FILED A HEARING ON THE APPLICATION WILL BE HELD ON MARCH 17, 2016** AT **9:30 A.M.** IN THE UNITED STATES BANKRUPTCY COURT, COURTROOM A, 433 CHERRY ST., MACON, GA 31201.

    IF YOU MAIL YOUR RESPONSE OR OBJECTION TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** THE OBJECTION OR RESPONSE ON OR BEFORE THE RESPONSE DATE STATED ABOVE.

    ANY REQUEST OR OBJECTION MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

    IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION OR OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

    This **9th** day of **February, 2016.**

    /s/ Danny L. Akin

Akin, Webster & Matson, P.C.    Danny L. Akin
P.O. Box 1773    Attorney for Trustee
Macon, GA 31202    State Bar No. 006350
(478) 742-1889    dlakin@akin-webster.com

U. S. Bankruptcy Court
P. O. Box 1957
Macon, GA 31202
(478) 752-3506

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-52566-JPS |
| | ) | |
| MIKI WILLIAM FOLSOM | ) | |
|    DEBTOR | ) | CHAPTER 7 |

## MOTION TO SELL PROPERTY OF THE ESTATE

Comes now, Joy R. Webster, Trustee in the above styled case, files this motion to sell property of the estate pursuant to 11 U.S.C. § 363(b) and shows the Court the following:

1.

The Debtor filed a chapter 7 petition pursuant to Title 11 of the United States Code on November 5, 2015. Joy R. Webster was appointed Trustee in the case.

2.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(N).

3.

Venue is proper pursuant to 28 U.S.C. § 1408.

4.

The Debtor's schedules listed a 50% interest in the Limited Liability Company known as HAMS, LLC. HAMS, LLC is a Georgia Limited Liability Company with four members, Miki Folsom, Arthur P. Barry, III, H.W. Harper, III, and Stephanie L. Mauldin (nka Stephanie Folsom). Miki Folsom's interest in the LLC at the time of the filing of his petition was 30%.

5.

The Trustee has requested that she be allowed to assume the rights and responsibilities of Miki Folsom under the terms of the Operating Agreement of the Company, which agreement was entered December 11, 2006. The Company currently owns one piece of unimproved real property known as 1200 Bass Road, Macon, Bibb County, GA. The tax valuation on the property is currently $75,000.00.

6.

The Operating Agreement of HAMS, LLC allows the assignment of an interest by a member in the event of bankruptcy and the Trustee succeeds to all of the rights of the assigning member.

7.

The remaining members of the Company, HAMS, LLC (Buyers) have made an offer to purchase the interest of the estate for Twenty Thousand dollars ($20,000.00) cash at closing, with the Buyers to be responsible for costs associated with the sale. A copy of the Contract for Purchase is attached as Exhibit "A". The Debtor did not make a claim of exemption in his interest in HAMS, LLC, so the estate should net $20,000.00 from the sale.

8.

The Trustee believes that the purchase price for her interest in the property is a fair price after considering the nature of the Trustee's interest, the restrictions on transfer of a full membership, the probable liquidation value of the assets of the Company and the possible costs of litigation to obtain a sale of the entire interest in order to recover the value of the estate's interest.

Wherefore, the Trustee prays that the Court enter an order granting her motion and allowing her to sell her interest in the Limited Liability Company known as HAMS, LLC to HAMS, LLC under the conditions set forth above.

This **9th** day of **February, 2016.**


|  |  |
|---|---|
|  | /s/ Danny L. Akin |
| Akin, Webster & Matson, P.C. | Danny L. Akin |
| P.O. Box 1773 | Attorney for Trustee |
| Macon, GA 31202 | State Bar No. 006350 |
| (478) 742-1889 | dlakin@akin-webster.com |

**Exhibit "A"**

STATE OF GEORGIA
COUNTY OF BIBB

### CONTRACT FOR THE PURCHASE OF INTEREST IN LIMITED LIABILITY COMPANY

This agreement is made and entered between HAMS, LLC (Purchaser) and Joy R. Webster, Trustee for the Estate of Miki William Folsom (Seller) with respect to the sale of the following property of the bankruptcy estate of Miki William Folsom, to wit:

All membership interests of the Trustee in the Limited Liability Company known as HAMS, LLC, as established by the " Operating Agreement" executed December 11, 2006 together with any addendums, extensions or continuations thereof.

Whereas Miki William Folsom, Debtor, filed a chapter 7 bankruptcy in this Court on November 5, 2015. Joy R. Webster ("Trustee") was appointed interim trustee in this case pursuant to 11 U.S.C. § 701, held the 341(a) meeting of Creditors on December 9, 2015 and currently serves as the duly appointed Chapter 7 Trustee pursuant to 11 U.S.C § 702(d) and;

Whereas the Debtor listed his interest in the Limited Liability Company known as HAMS, LLC as property of the bankruptcy estate and the Trustee has undertaken to assume the duties, responsibilities, rights and remedies set out in the operating agreement referred to above; and

Whereas the Purchaser wishes to purchase the entire interest of the Trustee as outlined in the Operating Agreement;

WITNESSETH: Trustee agrees to sell and convey and the Purchaser agrees to purchase all of the interest of Miki William Folsom in the Limited Liability Company known as HAMS, LLC. for the purchase price of $20,000.00 in cash upon closing. This contract is subject to approval by the U.S. Bankruptcy Court for the Middle District of Georgia.

Signed this 5th day of February, 2016.

/s/ _____
As Agent for HAMS, LLC
HAMS, LLC, Purchaser

_____
Joy R. Webster, as Trustee for the Estate of
Miki William Folsom, Seller

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:                              )        CASE NO. 15-52566-JPS
                                    )
MIKI WILLIAM FOLSOM                 )
    DEBTOR                          )        CHAPTER 7

## CERTIFICATE OF SERVICE

This certifies that on this day, I served a copy of the Notice of Motion to Sell Property of the Estate and the Motion to Sell Property of the Estate via electronic notice upon:

Elizabeth A. Hardy, Esq.            Matthew S. Cathey
Assistant United States Trustee     Attorney at Law
440 Martin Luther King Jr. Blvd.    577 Mulberry St.
Suite 302                           Suite 800
Macon, GA 31201                     Macon, GA 31201

and upon the following and all interested parties listed on the attached matrix of the Court by depositing same in the U.S. mail in a properly addressed envelope with sufficient postage affixed thereto.

HAMS, LLC                           Miki Folsom
c/o Arthur P. Barry, III, H.W.      P.O. Box 6313
Harper, III & Stephanie Folsom      Macon, GA 31208
990 Riverside Dr.
Macon, GA 31201

This **9th** day of **February, 2016.**

                                     /s/ Danny L. Akin
Akin, Webster & Matson, P.C.        Danny L. Akin
P.O. Box 1773                       Attorney for Trustee
Macon, GA 31202                     State Bar No. 006350
(478) 742-1889                      dlakin@akin-webster.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-5<br>Case 15-52566<br>Middle District of Georgia<br>Macon<br>Tue Feb  9 11:44:16 EST 2016 | Akin, Webster & Matson, P.C.<br>Attorney for Trustee<br>P.O. Box 1098<br>Macon, GA 31202-1098 | Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| Stonebridge Accounting & Forensics, LLC<br>PO Box 1290<br>Grayson, GA 30017-0025 | 5<br>433 Cherry Street<br>P.O. Box 1957<br>Macon, GA 31202-1957 | Andy M. Blalock<br>P.O. Box 27000<br>Macon GA 31221-7000 |
| Apparel Authority, LLC<br>Attn: Mr. David Barwick<br>4268 Interstate Drive<br>Macon GA 31210-6806 | BB&T<br>201 Second Street<br>Macon GA 31201-8293 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| BIBB COUNTY TAX OFFICE<br>P O BOX 4724<br>MACON, GA 31208-4724 | Bank of America<br>P.O. Box 851001<br>Dallas TX 75285-1001 | Capital One Bank (USA), N.A.<br>P.O. Box 71083<br>Charlotte NC 28272-1083 |
| Celadon Beach Owners' Assoc.<br>c/o Rebekah A. Smith<br>Dunlap & Shipman, P.A.<br>2065 Thomasville Rd, Suite 102<br>Tallahassee FL 32308-9818 | CertusBank, N.A.<br>c/o CT Corp System, Reg Agent<br>1201 Peachtree St., NE<br>Atlanta GA 30361-3503 | Howard O. Holland, Jr.<br>4350 Interstate Drive<br>Macon GA 31210-6807 |
| Macon-Bibb County Tax Commissioner<br>188 Third Street<br>Macon GA 31201-3484 | Mark S. Watson, Esq.<br>WatsonMcCallum, LLP<br>111 Arkwright Landing, Suite D<br>Macon GA 31210-1364 | North Macon Business Park, LLC<br>Miki Folsom<br>P.O. Box 6313<br>Macon GA 31208-6313 |
| Randall W. Tidwell<br>P.O. Box 340<br>Lizella GA 31052-0340 | Ronnie K. Gilbert<br>P.O. Box One<br>Macon GA 31202-0001 | State Bank & Trust Company<br>P.O. Box 4748<br>Macon GA 31208-4748 |
| Sunju Chung<br>946 First Street<br>Macon GA 31201-6878 | Synchrony Bank<br>Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 |
| W. Steve Carter<br>P.O. Box 340<br>Lizella GA 31052-0340 | Joy R. Webster<br>Akin, Webster and Matson, P.C.<br>P.O. Box 1098<br>Macon, GA 31202-1098 | Matthew S. Cathey<br>Stone & Baxter, LLP<br>577 Mulberry Street<br>Suite 800<br>Macon, GA 31201-8256 |
| Miki William Folsom<br>P. O. Box 6313<br>Macon, GA 31208-6313 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T Bankruptcy
M/C 100-50-01-51
P.O. Box 1847
Wilson, NC 27894-1847

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27