UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-52566-JPS |
| | ) | |
| MIKI WILLIAM FOLSOM | ) | |
|     DEBTOR | ) | CHAPTER 7 |

**NOTICE OF MOTION TO SELL PROPERTY OF THE ESTATE**

    JOY R. WEBSTER, TRUSTEE IN THE ABOVE-STYLED CASE FILED PAPERS TO SELL PROPERTY OF THE ESTATE. THE TRUSTEE PROPOUNDS THIS NOTICE PURSUANT FRBP 6004, M.D. GA. LBR 6004-1.

    THE TRUSTEE PROPOSES TO SELL THE ESTATE'S INTEREST IN THE LIMITED LIABILITY COMPANY KNOWN AS KEYSTONE PARK PROPERTIES, LLC TO MIKI FOLSOM, P.O. BOX 6313, MACON, GA 31208 FOR THE SUM OF $3,500.00 CASH.

    THE TRUSTEE IS NOT RESPONSIBLE FOR ANY COSTS RELATED TO THE SALE. **YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

    IF YOU DO NOT WANT THE COURT TO APPROVE THE MOTION TO SELL, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN OBJECTION OR RESPONSE ON OR BEFORE **APRIL 15, 2016.** THE OBJECTION OR RESPONSE SHOULD BE SENT TO THE CLERK OF THE COURT, U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF GEORGIA, P.O. BOX 1957, MACON, GA 31202. IF AN OBJECTION OR RESPONSE IS FILED A HEARING ON THE APPLICATION WILL BE HELD ON **APRIL 28, 2016** AT **9:30 A.M.** IN THE UNITED STATES BANKRUPTCY COURT, COURTROOM A, 433 CHERRY ST., MACON, GA 31201.

    IF YOU MAIL YOUR RESPONSE OR OBJECTION TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** THE OBJECTION OR RESPONSE ON OR BEFORE THE RESPONSE DATE STATED ABOVE.

    ANY REQUEST OR OBJECTION MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

    IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION OR OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

    This **22nd** day of **March, 2016.**

                                                                                     /s/ Danny L. Akin

Akin, Webster & Matson, P.C.                Danny L. Akin
P.O. Box 1773                                          Attorney for Trustee
Macon, GA 31202                                State Bar No. 006350
(478) 742-1889                                            dlakin@akin-webster.com

U. S. Bankruptcy Court
P. O. Box 1957
Macon, GA 31202
(478) 752-3506

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-52566-JPS |
| | ) | |
| MIKI WILLIAM FOLSOM | ) | |
|     DEBTOR | ) | CHAPTER 7 |

## MOTION TO SELL PROPERTY OF THE ESTATE

Comes now, Joy R. Webster, Trustee in the above styled case, files this motion to sell property of the estate pursuant to 11 U.S.C. § 363(b) and shows the Court the following:

1.

The Debtor filed a chapter 7 petition pursuant to Title 11 of the United States Code on November 5, 2015. Joy R. Webster was appointed Trustee in the case.

2.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(N).

3.

Venue is proper pursuant to 28 U.S.C. § 1408.

4.

The Debtor's schedules listed a 33.33% interest in the Limited Liability Company known as Keystone Park Properties, LLC. Keystone Park Properties, LLC is a Georgia Limited Liability Company with three members, Miki Folsom, William Steve Carter and Randall W. Tidwell. Miki Folsom's interest in the LLC at the time of the filing of his petition was 33.33%.

5.

The Trustee received permission to assume the rights and responsibilities of Miki Folsom under the terms of the Operating Agreement of the Company, by order of Court on February 24, 2016. The Trustee has executed her "New Member's Consent" form and has agreed to be bound by the terms of the operating agreement of the Company. Since there is no restriction in the operating agreement with respect to a Trustee in bankruptcy obtaining the interest of a member and since the interest of Miki Folsom in the Company would be property of the bankruptcy estate, the Trustee is now the holder of a 33.33% interest in Keystone Park Properties, LLC.

6.

The Operating Agreement of Keystone Park Properties, LLC allows the transfer of the membership interest of a member upon the consent of the other members. The Trustee has received an offer from Miki Folsom to purchase the estate's interest in the Company for $3,500.00 and has transmitted this offer to the other members. It is the Trustee's understanding that the remaining members of Keystone Park Properties, LLC consent to the purchase of this interest by Miki Folsom.

7.

The Trustee believes that the purchase price for her interest in the property is a fair price after considering the nature of the Trustee's interest, the restrictions on transfer of a full membership and the probable liquidation value of the membership interest in the Company.

8.

The Trustee requests permission to execute any instrument necessary to effectuate the sale. The Trustee also requests a waiver of the fourteen day stay period set forth in Fed.R.Bankr.P. 6004(h).

Wherefore, the Trustee prays that the Court enter an order granting her motion and allowing her to sell her interest in the Limited Liability Company known as Keystone Park Properties, LLC to Miki Folsom under the conditions set forth above.

This **22nd** day of **March, 2016.**

|  |  |
|---|---|
|  | /s/ Danny L. Akin |
| Akin, Webster & Matson, P.C. | Danny L. Akin |
| P.O. Box 1773 | Attorney for Trustee |
| Macon, GA 31202 | State Bar No. 006350 |
| (478) 742-1889 | dlakin@akin-webster.com |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:                                                              )          CASE NO. 15-52566-JPS
                                                                    )
MIKI WILLIAM FOLSOM                          )
    DEBTOR                                              )          CHAPTER 7

## CERTIFICATE OF SERVICE

      This certifies that on this day, I served a copy of the Notice of Motion to Sell Property of the Estate and the Motion to Sell Property of the Estate via electronic notice upon:

      Elizabeth A. Hardy, Esq.           Matthew S. Cathey
      Assistant United States Trustee     Attorney at Law
      440 Martin Luther King Jr. Blvd.    577 Mulberry St.
      Suite 302                                     Suite 800
      Macon, GA 31201                   Macon, GA 31201

and upon the following and all interested parties listed on the attached matrix of the Court by depositing same in the U.S. mail in a properly addressed envelope with sufficient postage affixed thereto.

      Keystone Park Properties, LLC     Keystone Park Properties, LLC
      c/o Randall W. Tidwell               c/o William Steve Carter
      P.O. Box 340                             P.O. Box 340
      Lizella, GA 31052                  Lizella, GA 31052

      Miki Folsom
      P.O. Box 6313
      Macon, GA 31208

    This **22nd** day of **March, 2016.**

                                                        /s/ Danny L. Akin
Akin, Webster & Matson, P.C.           Danny L. Akin
P.O. Box 1773                             Attorney for Trustee
Macon, GA 31202                       State Bar No. 006350
(478) 742-1889                            dlakin@akin-webster.com

```
Label Matrix for local noticing          Akin, Webster & Matson, P.C.          Recovery Management Systems Corporation
113G-5                                   Attorney for Trustee                  25 SE 2nd Avenue Suite 1120
Case 15-52566                            P.O. Box 1098                         Miami, FL 33131-1605
Middle District of Georgia               Macon, GA 31202-1098
Macon
Mon Mar 21 16:59:26 EDT 2016

Stonebridge Accounting & Forensics, LLC  5                                     Andy M. Blalock
PO Box 1290                              433 Cherry Street                     P.O. Box 27000
Grayson, GA 30017-0025                   P.O. Box 1957                         Macon GA 31221-7000
                                         Macon, GA 31202-1957

Apparel Authority, LLC                   BB&T                                  (p)BB AND T
Attn: Mr. David Barwick                  201 Second Street                     PO BOX 1847
4268 Interstate Drive                    Macon GA 31201-8293                   WILSON NC 27894-1847
Macon GA 31210-6806

BIBB COUNTY TAX OFFICE                   Bank of America                       Capital One Bank (USA), N.A.
P O BOX 4724                             P.O. Box 851001                       P.O. Box 71083
MACON, GA 31208-4724                     Dallas TX 75285-1001                  Charlotte NC 28272-1083

Celadon Beach Owners' Assoc.             CertusBank, N.A.                      Howard O. Holland, Jr.
c/o Rebekah A. Smith                     c/o CT Corp System, Reg Agent         4350 Interstate Drive
Dunlap & Shipman, P.A.                   1201 Peachtree St., NE                Macon GA 31210-6807
2065 Thomasville Rd, Suite 102           Atlanta GA 30361-3503
Tallahassee FL 32308-9818

Macon-Bibb County Tax Commissioner       Mark S. Watson, Esq.                  North Macon Business Park, LLC
188 Third Street                         WatsonMcCallum, LLP                   Miki Folsom
Macon GA 31201-3484                      111 Arkwright Landing, Suite D        P.O. Box 6313
                                         Macon GA 31210-1364                   Macon GA 31208-6313

Randall W. Tidwell                       Ronnie K. Gilbert                     State Bank & Trust Company
P.O. Box 340                             P.O. Box One                          P.O. Box 4748
Lizella GA 31052-0340                    Macon GA 31202-0001                   Macon GA 31208-4748

Sunju Chung                              Synchrony Bank                        U.S. Trustee - MAC
946 First Street                         Recovery Management Systems Corp      440 Martin Luther King Jr. Boulevard
Macon GA 31201-6878                      25 S.E. 2nd Avenue, Suite 1120        Suite 302
                                         Miami, FL 33131-1605                  Macon, GA 31201-7987

W. Steve Carter                          Joy R. Webster                        Matthew S. Cathey
P.O. Box 340                             Akin, Webster and Matson, P.C.        Stone & Baxter, LLP
Lizella GA 31052-0340                    P.O. Box 1098                         577 Mulberry Street
                                         Macon, GA 31202-1098                  Suite 800
                                                                               Macon, GA 31201-8256

Miki William Folsom
P. O. Box 6313
Macon, GA 31208-6313
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| BB&T Bankruptcy | End of Label Matrix |
| M/C 100-50-01-51 | Mailable recipients    27 |
| P.O. Box 1847 | Bypassed recipients     0 |
| Wilson, NC 27894-1847 | Total                  27 |