# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 15-52566 JPS | **Trustee:** | (300010) | Joy R. Webster |
|---|---|---|---|---|
| **Case Name:** | Folsom, Miki William | **Filed (f) or Converted (c):** | 11/05/15 (f) | |
| | | **§341(a) Meeting Date:** | 12/09/15 | |
| **Period Ending:** | 06/30/16 | **Claims Bar Date:** | 04/27/16 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4268 Interstate Drive Macon, Georgia<br>3500 sq. ft. office/warehouse - 50% interest | 60,872.00 | 60,872.00 | | 29,000.00 | FA |
| 2 | 946 First Street Macon, Georgia<br>2,000 sq. ft. office building - 50% interest | 73,739.00 | 73,739.00 | | 33,000.00 | FA |
| 3 | 2304 Seventh Street Macon, Georgia<br>1 acre vacant industrial land | 22,624.00 | 22,624.00 | | 7,500.00 | FA |
| 4 | Cash on hand | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Acct. - BB&T<br>xxxx4321 | 197.98 | 0.00 | | 0.00 | FA |
| 6 | Checking Acct - State Bank<br>One-half interest - xxxx8310 | 9,125.00 | 7,294.39 | | 7,294.39 | FA |
| 7 | E-trade Brokerage Acct.<br>xxxx4356 | 1,457.09 | 0.00 | | 0.00 | FA |
| 8 | Health Savings Acct. - Bank of America<br>xxx5703 | 6,673.37 | 0.00 | | 0.00 | 6,673.37 |
| 9 | Craftsman, 22-inch push mower | 37.50 | 0.00 | | 0.00 | FA |
| 10 | Weedeater Trimmer | 12.50 | 0.00 | | 0.00 | FA |
| 11 | Blower | 10.00 | 0.00 | | 0.00 | FA |
| 12 | 2 Henredon Furniture Co. 3-Drawer Nightstands | 200.00 | 0.00 | | 0.00 | FA |
| 13 | King Size Henredon Sleigh Bed<br>with Mattress and Box Spring | 300.00 | 0.00 | | 0.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 15-52566 JPS  
**Case Name:** Folsom, Miki William  

**Period Ending:** 06/30/16  

**Trustee:** (300010)   Joy R. Webster  
**Filed (f) or Converted (c):** 11/05/15 (f)  
**§341(a) Meeting Date:** 12/09/15  
**Claims Bar Date:** 04/27/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | Ten Drawer Henredon Armoire/TV Cabinet | 300.00 | 0.00 | | 0.00 | FA |
| 15 | Samsung 28" Flat Screen TV | 50.00 | 0.00 | | 0.00 | FA |
| 16 | Pair of Green Ceramic Lamps | 25.00 | 0.00 | | 0.00 | FA |
| 17 | Red Leather Arm Chair | 62.50 | 0.00 | | 0.00 | FA |
| 18 | Ceramic Vase | 10.00 | 0.00 | | 0.00 | FA |
| 19 | Oriental Style Red Lamp | 15.00 | 0.00 | | 0.00 | FA |
| 20 | Marble Top Sideboard by Aspen Home | 300.00 | 0.00 | | 0.00 | FA |
| 21 | Wooden Framed Wall Mirror | 62.50 | 0.00 | | 0.00 | FA |
| 22 | Pair of Ceramic Dog Vases | 50.00 | 0.00 | | 0.00 | FA |
| 23 | Oriental Style Lamp with Shade | 15.00 | 0.00 | | 0.00 | FA |
| 24 | Set of 8 Dining Room Chairs<br>    Rush Bottom Seats and Cushions | 300.00 | 0.00 | | 0.00 | FA |
| 25 | Dining Room Table with Pop-up Leaf | 200.00 | 0.00 | | 0.00 | FA |
| 26 | Metal Display with Glass Shelves | 37.50 | 0.00 | | 0.00 | FA |
| 27 | Centerpiece on Table | 20.00 | 0.00 | | 0.00 | FA |
| 28 | Tall Vase with Reeds | 37.50 | 0.00 | | 0.00 | FA |
| 29 | Green Sectional Sofa | 275.00 | 0.00 | | 0.00 | FA |
| 30 | Sony 46" Flat Screen TV | 137.50 | 0.00 | | 0.00 | FA |
| 31 | Cherry Wood Console Table w/ Sliding Glass Doors | 125.00 | 0.00 | | 0.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 3

**Case Number:** 15-52566 JPS  
**Case Name:** Folsom, Miki William  

**Period Ending:** 06/30/16  

**Trustee:** (300010) Joy R. Webster  
**Filed (f) or Converted (c):** 11/05/15 (f)  
**§341(a) Meeting Date:** 12/09/15  
**Claims Bar Date:** 04/27/16  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 32 | Silver Color Lamp | 17.50 | 0.00 | | 0.00 | FA |
| 33 | Solid Wood Primitive Dough Bowl | 37.50 | 0.00 | | 0.00 | FA |
| 34 | Primitive Bent Wood Magazine Rack | 37.50 | 0.00 | | 0.00 | FA |
| 35 | Glass Shelf with Antique Wooden Brackets | 62.50 | 0.00 | | 0.00 | FA |
| 36 | Misc. Decorative Items | 50.00 | 0.00 | | 0.00 | FA |
| 37 | 3 Wooden Bar Stools | 60.00 | 0.00 | | 0.00 | FA |
| 38 | Sony 32" Flat Screen TV | 125.00 | 0.00 | | 0.00 | FA |
| 39 | 2 Silver Color Lamps | 35.00 | 0.00 | | 0.00 | FA |
| 40 | Misc. Household items<br>    Flatware, China, Crystal, Cookware, Decorative Seasonal Items | 87.50 | 0.00 | | 0.00 | FA |
| 41 | Whirlpool Side by Side Refrigerator<br>    Seven Years old | 100.00 | 0.00 | | 0.00 | FA |
| 42 | GE Microwave Oven | 12.50 | 0.00 | | 0.00 | FA |
| 43 | Spool Turned 5-ft Bench with Cushion | 87.50 | 0.00 | | 0.00 | FA |
| 44 | Exercise Machine, Pro Form | 62.50 | 0.00 | | 0.00 | FA |
| 45 | Wood & Metal 4-Door Cabinet | 162.50 | 0.00 | | 0.00 | FA |
| 46 | Samsung 43" Plasma TV | 112.50 | 0.00 | | 0.00 | FA |
| 47 | Decorative Ceramic Fish Lamp | 15.00 | 0.00 | | 0.00 | FA |
| 48 | Wicker Head Board | 125.00 | 0.00 | | 0.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-52566 JPS  
**Case Name:** Folsom, Miki William  

**Period Ending:** 06/30/16

**Trustee:** (300010)   Joy R. Webster  
**Filed (f) or Converted (c):** 11/05/15 (f)  
**§341(a) Meeting Date:** 12/09/15  
**Claims Bar Date:** 04/27/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | with Mattress and Box Springs | | | | | |
| 49 | Black Round Two Tier Lamp Table | 30.00 | 0.00 | | 0.00 | FA |
| 50 | Decorative Ceramic Lobster Lamp | 15.00 | 0.00 | | 0.00 | FA |
| 51 | Misc. Decorative items | 50.00 | 0.00 | | 0.00 | FA |
| 52 | Misc. Seasonal Items | 62.50 | 0.00 | | 0.00 | FA |
| 53 | 5 Piece Metal Patio Set<br>   with Glass Top Table and Cushions | 87.50 | 0.00 | | 0.00 | FA |
| 54 | Kenmore Propane Grill | 62.50 | 0.00 | | 0.00 | FA |
| 55 | Metal Display with Glass Shelves | 37.50 | 0.00 | | 0.00 | FA |
| 56 | Black Painted Wicker 9 Piece Patio Set | 150.00 | 0.00 | | 0.00 | FA |
| 57 | 2 Large Metal and Wood Flower Boxes | 40.00 | 0.00 | | 0.00 | FA |
| 58 | Black Metal and Wood Rolling Cart w/ Baskets | 150.00 | 0.00 | | 0.00 | FA |
| 59 | 2 Decorative Concrete Planters | 40.00 | 0.00 | | 0.00 | FA |
| 60 | Decorative Wall Medalion | 25.00 | 0.00 | | 0.00 | FA |
| 61 | Vizio 50" Flat Screen TV | 150.00 | 0.00 | | 0.00 | FA |
| 62 | Red Craftsman 2 Stack Tool Boxes<br>   with Misc. Hand Tools | 137.50 | 0.00 | | 0.00 | FA |
| 63 | Shop Vac | 25.00 | 0.00 | | 0.00 | FA |
| 64 | Small Air Compressor | 20.00 | 0.00 | | 0.00 | FA |
| 65 | Pressure Washer | 50.00 | 0.00 | | 0.00 | FA |

Page: 5

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 15-52566 JPS  
**Case Name:** Folsom, Miki William  
**Period Ending:** 06/30/16  

**Trustee:** (300010) Joy R. Webster  
**Filed (f) or Converted (c):** 11/05/15 (f)  
**§341(a) Meeting Date:** 12/09/15  
**Claims Bar Date:** 04/27/16  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 66 | Saw and Cordless Drill | 25.00 | 0.00 | | 0.00 | FA |
| 67 | Snorkel Gear | 50.00 | 0.00 | | 0.00 | FA |
| 68 | Stihl Gas Chainsaw | 62.50 | 0.00 | | 0.00 | FA |
| 69 | Pop Up Awning | 50.00 | 0.00 | | 0.00 | FA |
| 70 | Misc. Extension Cords, Jackets, Chairs | 37.50 | 0.00 | | 0.00 | FA |
| 71 | 6ft. Aluminum Ladder | 17.50 | 0.00 | | 0.00 | FA |
| 72 | 2 Large Framed Pictures of Dogs | 50.00 | 0.00 | | 0.00 | FA |
| 73 | Men's Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 74 | Wedding Band | 500.00 | 0.00 | | 0.00 | FA |
| 75 | Used Set of Golf Clubs | 75.00 | 0.00 | | 0.00 | FA |
| 76 | Whole Life Insurance Policy<br>   American United Life Insurance Co. - Policy No. xx-xxx5679 - Insured: Miki Folsom - Face Amount: $25,000.00 | 6,762.00 | 0.00 | | 0.00 | 6,762.00 |
| 77 | Term Life Insurance Policy<br>   American General Life Insurance Co. - Policy No. xxxxxx2850 - Face Amount: $1,000,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 78 | Auto-Owners Insurance<br>   2005 Toyota 4Runner | 0.00 | 0.00 | | 0.00 | FA |
| 79 | IRA - Capital City Bank<br>   Acct. No. xxxx5858 | 132,321.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-52566 JPS  
**Case Name:** Folsom, Miki William  

**Period Ending:** 06/30/16

**Trustee:** (300010) Joy R. Webster  
**Filed (f) or Converted (c):** 11/05/15 (f)  
**§341(a) Meeting Date:** 12/09/15  
**Claims Bar Date:** 04/27/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 80 | Stock and interests<br>33.33% interest in North Macon Business Park, LLC (foreclosed) | 0.00 | 0.00 | | 0.00 | FA |
| 81 | Stock and interests<br>33.33% ownership interest in Keystone Park Properties, LLC<br>(Book Value as of 12/31/14 $12,861.00) | 13,333.00 | 13,333.00 | | 3,500.00 | FA |
| 82 | Stock and interests<br>25% ownership interest in Marlin Brokers, LLC (Out of Business) | 0.00 | 0.00 | | 0.00 | FA |
| 83 | Stock and interests<br>55.56% ownership interest in S.P. Investors, LLC (Out Business) | 0.00 | 0.00 | | 0.00 | FA |
| 84 | Stock and interests - HAMS, LLC<br>30% ownership interest in HAMS, LLC (under contract)<br>(Book Value as of 9/15/15 $36,241.00) | 75,000.00 | 75,000.00 | | 20,000.00 | FA |
| 85 | Stock and interests<br>33.33% ownership interest in Bahama Beach Villas, LLC (Out of Business) | 0.00 | 0.00 | | 0.00 | FA |
| 86 | Stock and interests<br>50% ownership interest in Tobesofkee Investors, LLC (Out of Business) | 0.00 | 0.00 | | 0.00 | FA |
| 87 | Stock and interests - Eberhardt & Barry Inc.<br>25% ownership interest in Eberhardt & Barry, Inc. (Book | 100.00 | 0.00 | | 20,000.00 | FA |

## Form 1

Page: 7

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 15-52566 JPS  
**Case Name:** Folsom, Miki William  
**Period Ending:** 06/30/16

**Trustee:** (300010)   Joy R. Webster  
**Filed (f) or Converted (c):** 11/05/15 (f)  
**§341(a) Meeting Date:** 12/09/15  
**Claims Bar Date:** 04/27/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Value as of 9/15/15 $37,390.00) (Subject to Shareholder Agreement) | | | | | |
| 88 | Stock and interests - Eberhardt & Barry Prop Man<br>  25% ownership interest in Eberhardt & Barry Property Management, LLC (Book Value as of 9/15/15 $21,977.00) | 100.00 | 0.00 | | 0.00 | FA |
| 89 | Stock and interests - Vinmer, LLC<br>  50% ownership interest in Vinmer, LLC (Book Value as of 9/21/15 $225,194.00) | 100.00 | 0.00 | | 86,000.00 | FA |
| 90 | Georgia Associate Broker's License | 0.00 | 0.00 | | 0.00 | FA |
| 91 | 2005 Toyota 4-Runner<br>  V8, 180,000 miles, Leather (Mechanical Problems) | 5,000.00 | 0.00 | | 0.00 | 5,000.00 |
| 92 | 1995 Seadoo GTX (inoperable) | 50.00 | 50.00 | | 0.00 | FA |
| 93 | Office computer | 500.00 | 0.00 | | 0.00 | FA |
| 94 | 2008 Bentley Pontoon Boat<br>  bought as gift for wife and given to her in 2008 - registered in the name of the debtor. | 0.00 | 0.00 | | 0.00 | FA |
| 95 | Accrued Earning from Personal Services | 979.82 | 0.00 | | 0.00 | FA |
| 96 | Rent on 946 First Street, Macon, GA | Unknown | N/A | | 1,916.67 | FA |
| 97 | Rent on 4268 Interstate Drive, Macon, GA | Unknown | N/A | | 1,672.58 | FA |
| **97** | **Assets**     **Totals**  (Excluding unknown values) | **$416,106.76** | **$252,912.39** | | **$209,883.64** | **$18,435.37** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 8

| **Case Number:** | 15-52566 JPS | **Trustee:** (300010) | Joy R. Webster |
| **Case Name:** | Folsom, Miki William | **Filed (f) or Converted (c):** | 11/05/15 (f) |
| | | **§341(a) Meeting Date:** | 12/09/15 |
| **Period Ending:** | 06/30/16 | **Claims Bar Date:** | 04/27/16 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

All of the debtor's interests in property and LLC's has been liquidated. We are waiting on a decision on the HSA exemption issue. Once we have a decision we will be able to resolve our Objection to Exemptions and close the case.

**Initial Projected Date Of Final Report (TFR):** March 30, 2017        **Current Projected Date Of Final Report (TFR):** March 30, 2017

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-52566 JPS  
**Case Name:** Folsom, Miki William  
**Taxpayer ID #:** **-***3808  
**Period Ending:** 06/30/16

**Trustee:** Joy R. Webster (300010)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8066 - Checking Account  
**Blanket Bond:** $7,375,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/15 | {6} | Miki Folsom | Nonexempt Portion of State Bank Checking Account | 1129-000 | 7,294.39 | | 7,294.39 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,284.39 |
| 01/26/16 | {96} | Eberhardt & Barry Prop Mgt, LLC | Debtor's Share of Net Rent from 946 First Street Property for Nov. and Dec., 2015 and Jan, 2016. | 1122-000 | 1,416.67 | | 8,701.06 |
| 01/26/16 | {97} | Eberhardt & Barry Prop Mgt LLC | Debtor's share of Net Rent on 4268 Interstate Drive Property for Nov., Dec., 2015 and Jan, 2016. | 1122-000 | 1,664.58 | | 10,365.64 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.39 | 10,355.25 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.35 | 10,340.90 |
| 03/10/16 | {97} | Eberhardt & Barry Prop Mgt LLC | Debtor's share of rent received for Feb., 2016 on 4268 Interstate Drive. | 1122-000 | 8.00 | | 10,348.90 |
| 03/10/16 | {96} | Eberhardt & Barry Prop Mgt LLC | Debtor's share of rent received for Feb., 2016 on 946 First Street. | 1122-000 | 500.00 | | 10,848.90 |
| 03/10/16 | {87} | Art Barry Properties Inc. | Sale of Estate's interest in Eberhardt & Barry Prop Mgt LLC and stock in Eberhardt & Barry Inc. per Order of the Court dated 03/08/2016. | 1129-000 | 6,666.67 | | 17,515.57 |
| 03/10/16 | {87} | H.W. Harper III | Sale of Estate's interest in Eberhardt & Barry Prop Mgt LLC and stock in Eberhardt & Barry, Inc. per Order of the Court dated 03/08/2016. | 1129-000 | 6,666.67 | | 24,182.24 |
| 03/10/16 | {84} | Eberhardt & Barry Prop mgt LLC for HAMS, LLC | Sale of Estate's interest in HAMS, LLC per Order of the Court entered 03/08/2016. | 1129-000 | 20,000.00 | | 44,182.24 |
| 03/10/16 | {89} | Andy M. Blalock | Sale of Estate's interest in Vinmer Properties, LLC per Order of the Court dated 03/08/2016. | 1129-000 | 86,000.00 | | 130,182.24 |
| 03/10/16 | {87} | Art Barry Properties Inc. | Reversed Deposit 100006 1 Sale of Estate's interest in Eberhardt & Barry Prop Mgt LLC and stock in Eberhardt & Barry Inc. per Order | 1129-000 | -6,666.67 | | 123,515.57 |

**Subtotals :**   **$123,550.31**   **$34.74**

{} Asset reference(s)

Printed: 08/01/2016 03:43 PM    V.13.28

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-52566 JPS  
**Case Name:** Folsom, Miki William  

**Taxpayer ID #:** **-***3808  
**Period Ending:** 06/30/16  

**Trustee:** Joy R. Webster (300010)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8066 - Checking Account  
**Blanket Bond:** $7,375,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | of the Court dated 03/08/2016. | | | | |
| 03/15/16 | {87} | Stephanie Folsom | Sale of Estate's interest in Eberhardt & Barry Prop. Mgt LLC and stock of Eberhardt & Barry Inc. per Order of the Court dated 03/08/2016. | 1129-000 | 6,666.66 | | 130,182.23 |
| 03/15/16 | {87} | Arthur P. Barry III | Sale of Estate's interest in Eberhardt & Barry Prop Mgt LLC and stock in Eberhardt & Barry Inc. per Order of the Court dated 03/08/2016. | 1129-000 | 6,666.67 | | 136,848.90 |
| 03/22/16 | 101 | Akin, Webster & Matson, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/02/2016 FOR CASE #15-52566, Reimbursement of Bond Payment - Check No. 3999 - Bond No. 016027943 | 2300-000 | | 6.73 | 136,842.17 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.10 | 136,708.07 |
| 04/20/16 | | JP Wilhoit Enterprises Inc | Proceeds of Sale of 946 First St., and 4268 Interstate Drive in Macon GA to Judson P. Wilhoit, III. per Order of the Court entered March 8, 2016. | | 62,000.00 | | 198,708.07 |
| | {2} | | Estate's interest in real property       33,000.00 | 1110-000 | | | 198,708.07 |
| | {1} | | Estate's interest in real property       29,000.00 | 1110-000 | | | 198,708.07 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.27 | 198,494.80 |
| 05/12/16 | {81} | Miki and Stephanie Folsom | Proceeds of Sales of Membership Interest in Keystone Properties LLC. Order entered on April 18, 2016. | 1129-000 | 3,500.00 | | 201,994.80 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 277.74 | 201,717.06 |
| 06/14/16 | | Ackerman Wrecker Service Inc | Proceeds of sale of 2304 Seventh Street, Macon, GA per order dated April 26, 2016. | | 7,192.73 | | 208,909.79 |
| | {3} | Ackerman Wrecker Services | Proceeds of Sale       7,500.00 | 1110-000 | | | 208,909.79 |

**Subtotals :** $86,026.06   $631.84

{} Asset reference(s)                                          Printed: 08/01/2016 03:43 PM     V.13.28

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-52566 JPS  
**Case Name:** Folsom, Miki William  
**Taxpayer ID #:** **-***3808  
**Period Ending:** 06/30/16  

**Trustee:** Joy R. Webster (300010)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8066 - Checking Account  
**Blanket Bond:** $7,375,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  | Bibb County | 2015 and prior years -         -307.27<br>Ad Valorem Taxes | 2820-000 |  |  | 208,909.79 |
| 06/30/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 323.48 | 208,586.31 |

```
                                            Account   ******8066
                                              Balance Forward           0.00
                                         14      Deposits         216,243.04      1      Checks                6.73
                                          0 Interest Postings          0.00      8 Adjustments Out         7,650.00
                                                     Subtotal      216,243.04     0   Transfers Out             0.00
                                          0   Adjustments In           0.00                    Total       7,656.73
                                          0      Transfers In          0.00
                                                        Total    216,243.04
```

|  |  |
|---|---|
| Net Receipts : | 209,576.37 |
| Plus Gross Adjustments : | 307.27 |
| Net Estate : | $209,883.64 |

```
                                            Case Totals
                                              Balance Forward           0.00
                                         14      Deposits         216,243.04      1      Checks                6.73
                                          0 Interest Postings          0.00      8 Adjustments Out         7,650.00
                                                     Subtotal      216,243.04     0   Transfers Out             0.00
                                          0   Adjustments In           0.00                    Total       7,656.73
                                          0      Transfers In          0.00
                                                        Total    216,243.04     Net Total Balance       208,586.31
```